## Issued by the
## UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | CALIFORNIA |
|---|---|---|

| | **SUBPOENA IN A CIVIL CASE** |
|---|---|
| Ferris Joseph<br>    Plaintiff,<br>v.<br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, and CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah sole,<br>    Defendants. | CASE NUMBER:[1] 4:06-CV-04143-JES<br><br>U.S. District of South Dakota, Southern Division<br><br>**FILED**<br>SEP 2 6 2007<br>(signature)<br>CLERK |

TO: **Robert Lewis White**
    **10 Sidney Drive**
    **Oroville, CA 95966**

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION: Emerald Deposition Reporters<br>680 Sutter Street<br>Yuba City, CA 95991<br>(530) 751-3006 | DATE AND TIME<br>September 26, 2007<br>10:00 A.M. (Pacific Time) |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list of documents or objects):
The schedule of documents to be produced is set forth in attached Exhibit "A".

| PLACE  Emerald Deposition Reporters<br>680 Sutter Street<br>Yuba City, CA 95991 | DATE AND TIME<br>September 26, 2007<br>10:00 A.M. (Pacific Time) |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>Stuart S. Mermelstein, Attorney for Plaintiff<br>(signature) | DATE:<br>9-7-07 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
**HERMAN & MERMELSTEIN P.A., 18205 Biscayne Boulevard, Suite 2218, Miami, Florida, 33160 (305) 931-2200**

(See Rule 45), Federal Rules of Civil Procedure, Parts C & D on Reverse)
[1] If action is pending in district other than district of issuance, state district under case number.
[2] The records to be addressed at the deposition are described in Exhibit "A" hereto.

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED |  |  |
| SERVED ON (PRINT NAMED) |  | MANNER OF SERVICE |
| SERVED BY (PRINT NAME) |  | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.
   (1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.
   (2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.
      (B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.
   (3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
        (i) fails to allow reasonable time for compliance;
        (ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
        (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
        (iv) subjects a person to undue burden.
      (B) If a subpoena
        (i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
        (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
        (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.
(d) DUTIES IN RESPONDING TO SUBPOENA.
   (1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.
   (2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## Exhibit "A"

1. Any and all photographs of Ferris Joseph or his family.

2. Any and all photographs while on assignment as a missionary in South Dakota, including any photographs taken in Flandreau, South Dakota or Sioux Falls, South Dakota.

3. All documents relating to missionary activities and assignments with the Church of Jesus Christ of Latter Day Saints (The "LDS Church"), including without limitation, all correspondence with the LDS Church.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | Telephone | FOR COURT USE ONLY |
|---|---|---|
| Anne Marie Giri<br>Herman & Mermelstein PA 18205 Biscayne Blvd<br>North Miami Beach, FL 33160<br>E-MAIL | (305) 931-2200<br>FAX<br>(305) 931-0877 | |
| ATTORNEY FOR (Name):   Ferris Joseph | | |

| Not Applicable | |
|---|---|
| STREET ADDRESS: | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: | , CA |
| BRANCH NAME: | |

| PLAINTIFF: | Ferris Joseph | CASE NUMBER |
|---|---|---|
| DEFENDANT: | Corp of Pres of Church of Jesus Christ o | 06-4143 |
| **PROOF OF SERVICE** | | FILE NUMBER<br>2007001793 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:
   f. other (specify documents):   **Subpoena Duces Tecum**

3. a. Party served:   **Robert Lewis White**

4. Address where party was served:   **10 Sidney Drive**
   **Oroville, CA 95966**

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of the process for the party (1)on: 9/17/2007 (2)at: 4:45 PM.

7. Person who served papers:
   a. Name: **Todd Reinhardt**
   b. Address: **Butte County Sheriff's Office - Civil Division 33 County Center Drive Oroville, CA 95965**
   c. Telephone number: **(530) 538-7483**
   d. The fee for service was: **$30.00**

9. I am a California sheriff or marshal and I certify that the foregoing is true and correct.

   *Sgt. Bryan Marshall*
   Sheriff's Authorized Agent
   Perry L. Reniff, Sheriff-Coroner

Date: September 18, 2007

Hearing: **9/26/2007 10:00 AM Dept/Div:**

Judicial Council form POS-010          Original          32564

**Not Applicable**
**, CA**



*** This certificate ONLY for out of state courts ***
**CERTIFICATE OF ACKNOWLEDGEMENT**

State of California
County of **Butte**

On _____, before me _____ personally appeared _____ personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the with instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____

(NOTARY SEAL)