# COPY OF TRANSCRIPT

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF SOUTH DAKOTA, SOUTHERN DIVISION

| | |
|---|---|
| FERRIS JOSEPH, | ) |
|     Plaintiff, | ) |
| | ) 30(b)(6) Examination |
| vs. | ) of Corporate |
| | ) Representative of |
| CORPORATION OF THE | ) Defendants: |
| PRESIDENT OF THE CHURCH OF | ) |
| JESUS CHRIST OF LATTER DAY | ) |
| SAINTS, a Utah corporation | ) <u>Rex C. Reeve</u> |
| sole, and CORPORATION OF | ) |
| THE PRESIDING BISHOP OF THE | ) |
| CHURCH OF LATTER-DAY | ) |
| SAINTS, a Utah corporation | ) Case No. 06-4143 |
| sole, | ) |
| | ) |
|     Defendants. | ) |

November 5, 2007 * 1:30 p.m.

Location:   Kirton & McConkie
60 East South Temple, Suite 1800
Salt Lake City, Utah 84111

Reporter:  Diana Kent, CSR, RPR, CRR
Notary Public in and for the State of Utah



**CITICOURT**

THE REPORTING G...

**EXHIBIT**

*A*

170 South Main Street, Suite 300
Salt Lake City, Utah 84101

FAX: 801.532.3414   TOLL FREE: 877.532.3441

1    my Church job.  There's no money for it.  It's a

2    Church calling.  But it would be in the time other

3    than my work time.

4        Q.    So I understand, this was a volunteer work

5    that you did in your spare time?

6        A.    Right.

7        Q.    Was Harvey Dahl a volunteer or was he

8    paid?

9        A.    No, he was a volunteer.

10       Q.    So he --

11       A.    Can I ask you a question?  The mission

12   president does get to live in the mission home and

13   drive a mission car, but there's no salary involved.

14   Would that be counted as paid?

15       Q.    It's compensation.  I guess that's a good

16   point.

17       A.    I was later mission president, so we had

18   no salary but there was a living allowance, I think

19   they called it.  And you got to live in the mission

20   home.  The Church buys a home called the mission home

21   and you live in that.  So when you say was he paid, I

22   don't know how to answer that other than what I've

23   said.

24       Q.    Okay.  That's fine.  That makes sense.

25       A.    The reason that is that way is because the

1    mission president gives his full time to that Church

2    assignment.  He doesn't have a job on the side.

3    That's his full-time calling for three years.

4    Usually three.  That's about what it is.  And when

5    they finish that three-year assignment they go back

6    home to their regular job.

7         Q.    Okay.

8         A.    Or somewhere else.

9         Q.    So the mission president is typically sent

10   somewhere to perform that function?

11        A.    Right.

12        Q.    He doesn't do it in his hometown, right?

13        A.    I guess it could happen, but rarely would

14   it be his own hometown.  A mission president would be

15   sent out like Harvey was from northern Nevada and he

16   came up.  So it would be unusual if it was their

17   hometown.  It wouldn't be impossible, but I don't

18   know of any cases personally where someone has served

19   as mission president in their own hometown.  But it

20   could happen.

21        Q.    Okay.  Are you given a car, also?

22        A.    A Church car is available.

23        Q.    How do you -- if you are working full-time

24   in your function as a mission president, and I

25   understand you get a home and Church car, but how do

1    you pay your other expenses?

2         A.      The Church has -- I don't know what they

3    have today, but in those days they had what they call

4    a living allowance.  A basic minimal amount of money

5    they would give to cover food and other expenses.

6    Many of the mission presidents don't even need that.

7    They have been successful on their own.  I hadn't

8    been.  I was a schoolteacher, so I took it.  So it

9    depends on the individual.  But there is a living

10   allowance that the Church has in place.

11        Q.      What kind of things does the counselor do?

12        A.      The mission president actually has two

13   types of counselors.  The counselors that are adult

14   men are either living in the area or something, and

15   he would have two of those.  And we would work mostly

16   with the members of the Church.  Each little

17   community that has members has a branch, and a branch

18   is organized.  And our assignment would be more

19   working with the members.

20             Then he has two - usually two, but he

21   could have more - assistants that he chooses from

22   among the missionaries.  They work almost as

23   counselors to him in supervising the missionary work.

24   And I was on the side supervising or working with him

25   on the branch and district, taking care of the

1    buildings and the members.

2           Sometimes those would overlap a little

3    because up there, there aren't a lot of members and

4    the line wasn't always that clear.  There would be

5    some overlapping with who you worked with.

6           Q.    Okay.  So most of your time was spent

7    working with the members and the Church assets as

8    opposed to the missionaries.

9           A.    Right.

10          Q.    I guess by "counselor," I was thinking in

11   terms of you give advice to the mission president.

12   Is that a function, as well?

13          A.    Yeah, that would be -- yes.  Advice.

14   Counsel.  And yet the mission president would have

15   the final say, and then he would make assignments

16   from that.

17          Q.    Let me ask you about how one becomes a

18   missionary.  Take me through that process.  How does

19   someone become a missionary?

20          A.    Well, I have a grandson that lives a

21   couple miles west and south of here.  He is 19 and

22   just two weeks ago he just got his mission call.  So

23   maybe if I describe that process?

24          Q.    That's fine.  And to the extent -- I'm

25   mostly interested in the period of the late, mid to

1    late '60s.

2         A.     It hasn't changed much.  But the basic

3    Church is divided into wards, and over each ward

4    there is a bishop.  And a ward would be 300 or 400 or

5    500 or 600 people, and there would be a building they

6    would have.  And of course in this valley there's

7    hundreds of buildings because there's a lot of

8    members.  Some places there's only one building in

9    the whole town, and some places there aren't even

10   buildings.  You rent a building.

11        But there's a bishop, and the bishop is

12   the Church ecclesiastical leader over that group of

13   people.  And they serve for -- well, roughly for five

14   years.  And they are chosen from the membership of

15   the ward.  And the bishop still has a full-time job.

16   But his church service job is to be bishop or the

17   bishop of that group of people.  And so he is living

18   there, he is working there.  If we all three lived in

19   the same ward five years, he might be the bishop and

20   he would be released and then it would be his turn,

21   after he is baptized, and then after his turn it

22   might be my turn.  Different people are called to

23   serve as bishop from the ward itself.  No one is

24   usually imported, in most cases, unless there's no --

25   unless we are all dead.

1           So what I'm saying is the bishop, his job

2      is to be the bishop of that group of people.  He

3      conducts the meetings, he works with the youth

4      program, he calls other people to teach classes, he

5      is the one that calls people to be the scoutmaster

6      and the choir lady and all that.  And so the bishop

7      is the key person.  And of course the bishop would

8      know everybody in the ward.  That would be one of his

9      -- I guess I was going to say "duties," but it's more

10     than a duty.  If you are going to be the bishop,

11     you've got to know everybody.  And he would have

12     worked particularly with the youth.  That's one of

13     his main assignments.  So he would have been working

14     with the youth.

15           Now here comes a young man up who is

16     approaching the age of 19.  When I was young it was

17     20.  They lowered that to 19.  I don't remember

18     exactly when they did that.  The boy and the bishop

19     would work together.  Now, the bishop would know him,

20     would know his family, they would be well acquainted,

21     in most cases, unless the boy just moved in.  But

22     generally there's a long-term relationship there.

23     For instance, if I was the bishop and he might --

24     Randy might have a son that would be approaching

25     mission age, and me and his son would sit down and

1    talk about a mission.  And my job as bishop would be

2    to help him prepare for a mission.  Financially and

3    you try and give the youth experiences in the

4    activities you have that will help them.  And then a

5    big area is you try and help them prepare spiritually

6    because the whole success of a mission hinges on the

7    spiritual side of things.  You can get by if you

8    don't have social skills, but if you don't have the

9    spiritual side, you don't do much.  So we would work

10   together.

11             Sometimes the boy would express a desire

12   to go and sometimes he would be a little hesitant.

13   And my job as bishop, or the bishop's job then and

14   now would be to work with the boy, help prepare him

15   to go, encourage him to go.  And one of the big areas

16   is the bishop would interview the boy and talk about

17   his personal worthiness.  The bishop has that

18   responsibility; to be the one person in the whole

19   ward to discuss the person's individual personal

20   worthiness.

21             So the bishop would discuss with him any

22   sins that he had committed; drugs or alcohol or

23   sexual experiences that were inappropriate.  Any of

24   those kind of things.  And then the bishop has to

25   make a judgment of some kind.  If the stack of sins

1    the boy has committed gets too big, then the Church

2    won't send them out as a missionary.

3          So the bishop has to weigh -- you know,

4    every boy growing up is going to pick up a few

5    things.  If we had a perfect one, it would be your

6    son.  It wasn't my son or me.  So you take the things

7    that the boy has confessed and you work with them.

8    If there are things in their life that aren't right,

9    you help them change and repent.  And so by the time

10   they get old enough to go on a mission they are

11   really worthy to go.  They don't drink, they don't

12   smoke, they don't do drugs, if they have had any bad

13   experiences they have stopped it, they have quit,

14   they have repented, they are not doing it now.

15         If there's any question, if I'm inter-

16   viewing a boy and there's this stack of stuff that

17   they have done and it's quite big, then the bishop is

18   presided over by a stake president.  And I would go

19   to the stake president and say, "President, here is

20   this stack of stuff.  Should we still pursue the

21   mission call?"  And so yes or no, whatever his answer

22   was.  Then once I feel comfortable as the bishop in

23   recommending the boy, that he would be worthy to be a

24   missionary, in the moral areas and other areas, then

25   he goes personally to the stake president and the

1    stake.  They interview him and ask him the same

2    questions about his moral -- current moral status and

3    past moral status and so on.

4                Then on the form there's a place for the

5    bishop to sign that he agrees the boy is morally

6    ready.  And the stake president, there's a place for

7    him to sign that he agrees.  And then that form -- I

8    think they do it by the computer now, don't they?

9                MR. AUSTIN:  That's right.

10       A.     In those days they didn't have computers.

11   But the form goes to Salt Lake to the Missionary

12   Department of the Church.  And the general

13   authorities would review the applications and make

14   the mission calls.  And I'm not totally familiar how

15   that took place, but I know a letter comes and it is

16   signed by the prophet.

17       Q.     By the proffer?

18       A.     By the president of the Church, the

19   prophet.  The Church -- the prophet right now is

20   Gordon B. Hinckley, and the Church sustains him as a

21   prophet, seer and revelator, and president of the

22   Church.  And missionary calls are signed by him.  I

23   don't know if he signs them all or if they have a

24   printer.  But his signature, it looks like his

25   signature, my grandson got his call two weeks ago and

1    opened it up and Gordon B. Hinckley's name is on the

2    call.

3         Q.    And you couldn't tell whether it was a

4    stamp or --

5         A.    I couldn't tell.  And it doesn't matter.

6         Q.    Okay.

7         A.    And I have no knowledge of the procedure

8    within the Church itself.

9         Q.    Okay.

10        A.    So that would be the main outline of what

11   would happen.

12        Q.    Let me ask -- you obviously gave me a lot

13   of information there.

14        A.    Maybe more than I needed to.

15              You didn't kick me.

16              MR. McMAHON:  You were getting close.

17        Q.    I'm going to ask a few questions to go

18   over some of the things you alluded to in your

19   answer.

20        A.    Sure.

21        Q.    The stake president, how many wards does a

22   stake president generally supervise?

23        A.    He would preside over six or eight or

24   nine.  In some cases a few more, some cases a few

25   less.  They are continually dividing stakes if they

1    get too big.  But I guess the target number would be

2    six or seven or something of that nature.

3           Q.     And you mention I guess in your experience

4    that bishop knows the boy, has worked with the boy,

5    knows the family and starts from there.

6           A.     Yes.

7           Q.     Let me ask, have you had any experience

8    with the bishop in a metropolitan area, a larger

9    metropolitan area?  Would it be different in that

10   regard?

11          A.     You mean where the bishop maybe didn't

12   know him as well?

13          Q.     Well, that's my question.

14          A.     Let me try and answer that, then.  If he

15   was in the ward and had been in the ward for a period

16   of time, the bishop would get to know him if he was

17   active in the ward.  Even though they are spread all

18   out and somebody lives in this part of Omaha and

19   somebody lives over here, the ward boundaries get

20   bigger but he would still know him because that ward

21   group would have met regularly forever.

22                 Now, if it was a boy that just moved in,

23   his family moved in and he didn't know him, the

24   bishop wouldn't or couldn't start or wouldn't start

25   the mission process without checking with his old

1    bishop.  He would find out where he moved in from and

2    check with his old bishop to see if there was any

3    reason why the boy shouldn't go on a mission.  But if

4    he had lived in the ward a year or two and the bishop

5    knew him, checking with the old bishop wouldn't be

6    necessary.  But if he had come in new, then he would

7    check -- the rule was you check with the old bishop

8    to make sure that there's nothing that he knows of

9    that would hinder the boy from serving.

10        Q.    What if the boy was baptized, joined the

11   Church as say a teenager; would that change the

12   approach at all?

13        A.    There have been a lot of young men

14   baptized who have served missions whose families

15   aren't in the Church.  A lot of those have served.

16   It still wouldn't change the bishop's approach as far

17   as the boy.  It might change how well he knows the

18   family, maybe only met them a couple times.  But he

19   still would have had enough association with the boy

20   individually that he would have to feel comfortable

21   to recommend him.

22        Q.    And that is something that is within the

23   discretion of the bishop?

24        A.    Yes.  In counsel with the stake president,

25   if there was a need.  The bishop does have leeway

1    there, some leeway.

2         Q.    So if he feels he hasn't known the boy

3    well enough over a long period of time, he may confer

4    with the stake president?

5         A.    Well, if he is a member that's moved in.

6    But if he is a new convert and he hasn't known him

7    too long, then he would attempt to get to know him, I

8    guess.  And the best way I could describe that is he

9    would, before he -- he would have to feel confident

10   that he knew him well enough to recommend him if he

11   had just been a new member.

12        Q.    So from what you are telling me there,

13   more effort has to go into evaluating a recent

14   convert than someone who has been raised in the

15   Church?  Is that fair to say?

16        A.    I'm not sure if "more" is the right word.

17   Maybe it would take more effort probably to get to

18   know the boy than if he had grown up as part of the

19   group.  So maybe "more" is a good word.  It would

20   take more effort to get to know him.

21        Q.    What about is there ever an occasion where

22   friends would be interviewed or references would be

23   interviewed regarding the boy's character?

24        A.    Who would be interviewed?

25        Q.    Third parties would be interviewed to find

1   out more about the boy.  Neighbors, friends?

2          A.     You know, I don't think so.  To my

3   knowledge -- well, my mind went in the direction of

4   worthiness.  I don't think the bishop would ever call

5   a neighbor and say, "Is Jim worthy?"  He would take

6   that from his personal interview.  I guess it would

7   be appropriate if he didn't know the boy very well to

8   ask other people about him.  But I'm not very

9   familiar with that process.

10          Q.     You don't know that he would do that?

11          A.     Well, I don't know that.  He could, but I

12   don't know if he would or not.

13          Q.     So what he principally relies on, as I

14   understand it, is this interview where he asked him

15   about --

16          A.     His moral standing and the past.

17          Q.     Yeah.

18          A.     Well, that's the heart of it.

19          Q.     I guess this is a fairly simple question,

20   but if he is not telling the truth when he is

21   confessing, is there any way to find that out?

22          A.     Probably not really, unless it is by

23   accident.  I was just thinking of a situation.  Kick

24   me if I'm out of line.  If a missionary, if a young

25   man said, "No, I didn't do that," and later you talk

1   to a young lady and she said, "Well, oh, yes, we

2   did," then you would pursue it.  But I don't think

3   you would necessarily seek out the young lady.  At

4   some point you take the young man's word for it.

5        Q.     Do you ask specific questions about their

6   moral behavior or do you ask a general question,

7   "Have you sinned?"

8        A.     No, I think the questions would be more

9   specific.

10        Q.     So whether or not they have ever had

11   sexual activity would be a question?

12        A.     "Have you ever been involved in petting or

13   fornication or masturbation?" I think you would ask

14   specific questions.

15        Q.     Do you know that's what the bishop asks?

16        A.     Yeah, I know that from my own experience.

17   And I think it's pretty much general throughout the

18   Church.

19        Q.     Let me clarify that.  You also -- I don't

20   know that we went into it.  You also served as a

21   bishop for a time?

22        A.     Yeah.  Later.

23        Q.     And tell me about that experience.  When

24   were you a bishop?

25        A.     I can't remember the exact years.  I think

1    think so.

2         Q.    Could it be in the bishop's comments,

3    discussion of those items?

4         A.    It could be, but I don't think -- that's a

5    good question and I'm not sure if I know the answer

6    to that.  Most of the time no, it wouldn't be.

7    Because that form -- the relationship with the bishop

8    wouldn't be -- the report wouldn't be on that form

9    because a lot of people see that form, so you

10   wouldn't list a guy's sin on that form.  I guess my

11   best answer would be no, details of transgression

12   would not be on that form.

13        Q.    Is there a place where you might list in

14   writing --

15        A.    Probably not.  If the bishop were

16   satisfied that the boy was worthy and the stake

17   president was satisfied, there wouldn't be a report

18   made of any past sins that I know of.

19        Q.    For those missionaries who were assigned

20   to the Northern Indian Mission, how was it decided

21   who would be selected for the Northern Indian

22   Mission?

23        A.    For that mission?

24        Q.    Yes.

25        A.    Their application goes in and the

1   Missionary Department at the Church makes that

2   decision.  And I don't know.  I have never been part

3   of that process.  But I know this:  There's like 300

4   missions in the Church.  There wasn't in those days.

5   There was probably 160 or something in those days.

6   But each mission would have a certain number of

7   missionaries that would be assigned to that mission.

8   And if the Northern Indian Mission had ten

9   missionaries going home, the committee would assign

10  ten new ones to replace them, or whatever.  And in

11  addition, they would also assign other missionaries

12  to the rest of the 160 missions or however many there

13  were in those days.  And I'm not familiar with that

14  process.

15       Q.    Is it your understanding it's a random

16  selection process?

17       A.    No.  It's a revelation process.  And I

18  really don't say that lightly.

19       Q.    I understand.

20       A.    In the Church the members really feel like

21  that's a revelation, and they consider it as such.

22       Q.    Okay.  When the missionary is selected for

23  a mission, receives his call letter -- and explain,

24  as corporate representative, what the call letter is.

25       A.    It's a letter that states you have been

1    called to serve in a particular mission, and the date

2    that you would enter the mission field.  And then

3    there's some information, it wouldn't be on the

4    letter but there's another page or two that comes and

5    it's information on the mission itself and who the

6    mission president is.  And there would be information

7    on what to take, like if you are going to a cold

8    climate or a hot climate, or what not to take.  And

9    there's a form for the boy to sign and return back to

10   the Church.  There was then.  Now on the computer do

11   they do it on the computer now?  I don't know that.

12   No.  My grandson actually got a letter, even though

13   he sent it in on the computer, he got a packet of

14   papers and one was the call where it is signed by the

15   prophet.  The other were information sheets

16   pertaining to that mission.

17        Q.    Okay.  In case I don't state it, what I'm

18   asking, the time frame of these questions --

19        A.    Should be back in those days?

20        Q.    -- should be back in the mid to late '60s

21   unless I state otherwise.

22        A.    Fair enough.

23        Q.    So after the missionary receives his

24   instructions, where does he go from there?

25        A.    Back in the '60s, they would have gone --

1    they would have come to Salt Lake for a few days.

2    And I think the Mission Home was somewhere around

3    here.  Where is State Street?  State Street is on

4    this side.  There was a -- just up behind the Beehive

5    House there was an old big house there called the

6    Mission Home.  And the missionaries, as I recall --

7    and it has changed location, but there was a place

8    they would gather here at Church headquarters and

9    receive instruction for several days, and orientation

10   from the general authorities of the Church.  And then

11   they would take them to the airport and fly to their

12   individual missions.

13        Q.     Did they receive any training in Salt Lake

14   City on how to act --

15        A.     Yes.

16        Q.     -- in the mission?

17        A.     Yes, they did.  They would receive

18   training on the teaching materials that were

19   available.  They would receive training on what was

20   expected of them as a missionary, the rules they

21   would be expected to live.  They would be trained in

22   anything else that they thought they would need

23   before they get out to the field.  I am sure that

24   they would go over the standards of missionary

25   conduct that were expected.

1      Q.      Okay.  Let me mark this as Exhibit 2.

2            **(EXHIBIT-2 WAS MARKED.)**

3      Q.      Mr. Reeve -- is it Mr. Reeve or Dr. Reeve,

4   by the way?

5      A.      It's "Rex."  Just Mr. Reeve is fine.  It

6   is "Doctor," but I have retired.

7      Q.      Okay.  Rex, what I have marked here as

8   Exhibit 2 is what's been stamped as Bates numbers 16

9   through 27.  And it's a composite exhibit of

10  missionary handbook materials, and I'll ask you about

11  those.

12     A.      I see it is a 1965 edition of that.  That

13  would be the Cumorah Mission, wouldn't it?  Western

14  States Mission?

15           MR. McMAHON:  Stuart, this document was

16  provided as a representative sample because it's the

17  only one we had that was even close.

18           MR. MERMELSTEIN:  Okay.

19           MR. McMAHON:  So it wasn't provided as an

20  example of one that was used for the Northern Indian

21  Mission.

22           MR. MERMELSTEIN:  Then I'm going to have a

23  series of questions to try to see what was applicable

24  at the time.

25           MR. McMAHON:  I understand.  But I think

1  we disclosed this probably with our initial

2  disclosures, so I'm not sure.  And that's what we

3  did.  We don't have one from the Northern Indian

4  Mission back in that point in time.

5              MR. MERMELSTEIN:  Okay.

6       Q.    (By Mr. Mermelstein)  Rex, let me ask you

7  a question about what's been handed to you as Exhibit

8  2.  First off, this missionary handbook, is this the

9  type of document that would have been given to the

10 new missionaries in Salt Lake City or something given

11 to them afterwards, or before?

12      A.    Well, these that are on this are specific

13 missions.  If I was going to the Northwestern States

14 Mission, this would have been the handbook.  That

15 would have been -- I don't know where that would have

16 been headquartered.  And then there's the Cumorah

17 Mission.  That would be in New York.  It looks like

18 these are examples from specific missions.  And here

19 is one from the Cumorah Mission in Rochester.  So

20 these would have been examples of that mission.  So

21 these would have been given to the missionary when

22 they arrived in the field, because I don't think Salt

23 Lake would have the -- but all of those missionary

24 handbooks would have been similar, with some

25 adaptation maybe for that particular mission.  But

1    the basics would have been quite similar, but would

2    have been given to them as they arrived in the field.

3    These would have been, I'm sure.  Well, pretty sure.

4         Q.    We may not have the exact missionary

5    handbook for the Northern Indian Mission, but the

6    handbooks tend to be very similar?

7         A.    Yes.

8         Q.    Let's take the Northwestern States Mission

9    handbook as an example.  There's a set of rules in

10   there on page 11 of the handbook.  Do you see that?

11        A.    Yes.

12        Q.    Do those look like a standard set of rules

13   that would apply to every mission?

14        A.    "Remain in your district with your

15   companion," yes.

16             Never be alone with the opposite sex, yes.

17             Do not correspond with anyone of the

18   opposite sex you met in the mission.  That would be

19   yes.

20             Wear your hat and be conservative?  We

21   didn't have a hat rule in the mission up there, so

22   that would be no.

23             Dinner appointments are not to exceed one

24   hour.  That may vary a little so that the

25   missionaries don't spend all their time eating, I

1    guess.

2            Some of these, don't go swimming, ride in

3    boats, something would have been similar.  Some of

4    these may not have been exact, but the first ones

5    like stay in your district with your companion, never

6    be alone with the opposite sex, don't correspond,

7    those would be, I'm sure, real similar in any

8    mission.  And also, going swimming.  They are not

9    supposed to go swimming in any mission.  So that

10   would have been the same.

11           Do not have firearms, that would have been

12   the same.  How long they could stay in a member's

13   home may vary a little, depending.  But most of these

14   would be similar.

15       Q.    Now, as I understand it, when a missionary

16   arrives on a mission, and again I'm talking about the

17   mid '60s to late '70s time frame, for the Northern

18   Indian Mission they would first go to Rapid City; is

19   that correct?

20       A.    They would fly into Rapid City and 99

21   percent of the time -- well, the mission president

22   would meet them at the airport.  There may be times

23   when he couldn't.  But most of the time the mission

24   president would meet them, take them back to the

25   mission office and orient them to the mission.  Then

1   they go to the mission home that night, have supper

2   and get acquainted with one another and greet them

3   that day.

4        Q.    Would they be given a handbook at that

5   time similar to this?

6        A.    Yes.  The mission office would have kind

7   of a standard procedure.  If there was a handbook,

8   which there normally was, they would be given the

9   handbook.  They would be given other instructions on

10  vehicles.  Any other instructions that they needed,

11  the mission office would give them.  Reports that

12  they would be expected to fill out and any other

13  thing like that, they would -- there would be kind of

14  an orientation in that regard at the mission office.

15       Q.    Let's talk about what kind of reports that

16  they were expected to fill out while they were in the

17  field.

18       A.    I noticed here, this would be something

19  similar and I don't think it was exactly the same, on

20  page 9.  Minimum hours of proselyting per week, how

21  they did with their daily schedule, how many lessons

22  they had taught, how many baptisms they had, how many

23  people they had preparing them for baptism.  Some of

24  that, the exact amount of detail would depend on the

25  personality of the mission president.  Some mission

1    presidents want to know every time they got their

2    handkerchief out, and others would just get more

3    broad.  How many hours did you spend studying,

4    teaching, proselyting, serving the members.  So some

5    of that there was a little bit of leeway on what

6    would be asked.

7            Q.    Do you recall the level of detail that

8    Harvey Dahl expected in his reports?

9            A.    Harvey would be kind of in the middle, I

10   suppose.  His reports were more in the middle of the

11   two extremes.

12           Q.    And how often were the missionaries in the

13   field supposed to send this report?

14           A.    Generally once a week.  And I think Harvey

15   had it this way.  The missionaries would send a

16   letter to him once a week with just a brief report.

17   And then there would be other reports gathered

18   locally, and get a full mission report eventually to

19   him.  But the missionaries would write once a week

20   and then it wouldn't be as detailed of a report and

21   they would have a chance to write in their own words

22   a space for their comments or feelings.  And I think

23   Harvey had that same thing.

24           Q.    Do you know whether these documents are

25   maintained by the LDS Church?

1        A.     To my knowledge, they are not.  I don't

2    know.  But my best guess is no, they are not.

3        Q.     And why do you say that?

4        A.     Because these weekly reports and things

5    were more immediate and they are not -- they don't

6    have a lot of historic value.  So you would use them

7    to see what the missionaries were doing, see if there

8    was a problem, to see what they would say, and then

9    most of the time not even keep them very long because

10   their usefulness was over in a little while unless a

11   problem appeared, and that would alert you to a

12   problem.  But just a normal report, you wouldn't keep

13   that too long because its usefulness would be gone

14   after a period of time.

15       Q.     Were there any reports or summaries that

16   were generated from these missionary reports?

17       A.     That they were unworthy?  What did you --

18       Q.     Were there any reports or summaries that

19   were generated from these missionary reports?

20       A.     Yes.  You have two missionaries working

21   together as a companionship, and above that would be

22   a district leader.  A district would have maybe four

23   or five sets of missionaries, and the district leader

24   would gather a report.  The district leader would not

25   gather a worthiness report, but hours spent doing

1    this and service rendered and the number of baptisms.

2    And then the zone leader is over the district leader

3    and he may have four or five districts in his zone.

4    He would collect the reports from each district, and

5    then a report would be compiled in the office for the

6    whole mission.  And the mission president and the

7    assistants to the president who were working with the

8    missionaries would go over those reports and review

9    them and compare them, and whatever they did with

10   reports.

11       Q.    Now, are the reports that were done at the

12   mission level, are they retained?

13       A.    No, not to my knowledge.  I would think

14   no, but I don't have knowledge of that.  I know they

15   weren't retained by the mission.  I don't know beyond

16   that.

17       Q.    Were those reports sent to Salt Lake City?

18       A.    Not those reports.  There was a report

19   sent to Salt Lake, but it was more of a summary and

20   it would be sent to Salt Lake.

21       Q.    Just so I'm clear, the reports that were

22   done at the district, at the missionary level, the

23   district leader level and the zone leader level would

24   not have been retained; is that correct?

25       A.    To my knowledge, yes, that's correct.

1          Q.      Did any of those involve Elder Robert

2     White?

3          A.      No.   Not to my knowledge.   I was not --

4     no.   Just no.   That's the answer, I guess.   None

5     involved Robert White.

6          Q.      Let me ask you generally then, without

7     using names, we don't need to do that, how you

8     responded when you received a complaint of sexual

9     misconduct.

10         A.      When I was mission president, I found out

11    that a missionary had had sexual relations with a

12    girl in the mission field.   And I brought him

13    immediately to Rapid City to the headquarters and

14    called in Salt Lake, and the instructions were to be

15    sure that a transgression had occurred.   If he has

16    just been accused or something, be sure there was a

17    transgression, and if there was, the option was to

18    excommunicate the missionary from the Church and send

19    him home.   And we did.   So he went home as a

20    nonmember of the Church.

21         Q.      You said that was the option.   Was that

22    what you were --

23         A.      That was the only option.

24         Q.      That was the only option?

25         A.      Our mission supervisor, who was one of the

1    general authorities, said if you are convinced that

2    there was a transgression, the instruction is to

3    excommunicate them.  And there's a way to do that,

4    and see that they return home.

5        Q.    Let me ask you this:  Given that

6    missionaries are required to be attached by the hip,

7    so to speak, with their companion, how could they

8    have an opportunity to have sex with a girl?

9        A.    Most of the time they would have -- you

10   don't just get to break one rule.  You have to break

11   a couple to get to the big one.

12       Q.    So typically --

13       A.    Typically they would not be with their

14   companion.  And if -- well, that would be the

15   typical.  I don't know of any cases where the

16   companions were in on it together.  So typically they

17   would have to get away from their companion somehow.

18       Q.    So in this particular example --

19       A.    And that's the reason for staying with

20   your companion is to protect one another from those

21   kind of problems.  One of the reasons.

22       Q.    And in the example you gave me, who made

23   the complaint?  How did you find out about it?

24       A.    I did.  I'll tell you --

25             Can I tell him?  Is this too much?

1    would be in writing.  But there was a lot said about

2    the responsibility to protect your companion.  That

3    would be a topic covered regularly in meetings.

4          Q.    And you keep referring to "protect your

5    companion."  I assume you mean keep him from

6    committing sins?

7          A.    Yeah.  Don't let them be in a situation

8    where it could be dangerous for him.

9          Q.    Okay.  And your understanding is that if a

10   -- if one companion places himself in that situation,

11   the other companion should talk to him and try to fix

12   it?

13         A.    Hopefully that would happen.  That would

14   be the best.

15         Q.    I kind of jumped ahead here on discussing

16   companions.  The missionaries out in the field are

17   always in pairs; is that correct?

18         A.    Yes.  Sometimes you may have three in a

19   pair, if you have an odd number of missionaries or

20   something.  But they are always in pairs.

21         Q.    There's always at least two; is that

22   correct?

23         A.    Yes.

24         Q.    And at what point in the process are they

25   assigned their companion?

1        A.      Back when they first arrive in the mission

2    field, that first day or the next -- that evening or

3    the next day, the mission president would interview

4    each of the missionaries.  Partly they just get

5    acquainted with their personalities, their strengths.

6    He would have a chance to visit with them.  At that

7    point, then you -- say you had ten new missionaries

8    coming, you would have created ten vacancies

9    somewhere in the mission, because you have to plug

10   them in somewhere.

11            Every mission president that I have ever

12   known, including Harvey, would try his very best to

13   make sure that a new missionary coming into the field

14   got the best start possible.  So you would find a

15   missionary that you felt would give that missionary

16   the best start as far as keeping the rules and

17   working and being a good missionary.  Some

18   missionaries even receive the title of "trainer,"

19   meaning that they would be assigned new missionaries

20   to train.

21            So you would get acquainted with the new

22   missionaries, see what areas and what companions were

23   available or needed a companion.  If you had ten

24   going home, and then you would assign -- the mission

25   president would assign the new missionaries to each

1    of those vacancies.  And you try and match the

2    companions with personality or whatever a short visit

3    could reveal to you.

4        Q.    But as I understand it, the missionary,

5    when he arrives in Rapid City, spends no more than a

6    day there before he is sent to his assignment?

7        A.    Well, it would be at least a day.  But we

8    didn't have a program, a long program.  So he arrives

9    in the afternoon and by -- sometimes they would stay

10   two nights.  It depended on how, once they were

11   assigned, how they were going to get to their area.

12   That would influence it.  Because transportation up

13   there is limited.  And you could fly them to Sioux

14   Falls but they are still 200 miles from the

15   reservation.  So how you are going to get them there

16   would determine how long they stay.  Some would stay

17   longer than others.  But there was a good full day or

18   day and a half of orientation and getting acquainted

19   and that.  And then the process of getting them to

20   the areas would vary a little on how much more they

21   stayed.

22            MR. McMAHON:  Are you at a place we can

23   break?

24            MR. MERMELSTEIN:  Yes.  In fact, you read

25   my mind.

1            (A break was taken.)

2            **(EXHIBIT-3 WAS MARKED.)**

3       Q.    I have handed you a document, document

4    numbers 12 through 15, titled Mission President's

5    Handbook of Instructions, and I'll ask you to take a

6    quick look at that.

7       A.    Is there a date on this?  I can't remember

8    when George Q. Morris died.

9            MR. McMAHON:  Down on the lower left-hand

10   corner.

11      A.    Oh, 1961, with a question mark.

12      Q.    First let me ask you, does this look like

13   a handbook that would have been applicable at the

14   time period we have been discussing, which is mid to

15   late '60s?

16      A.    Yes, it does.  One thing I do notice, he

17   uses a little different terms for some of the mission

18   leaders, like "supervising elders" instead of "zone

19   leaders" or something.  But it's the same structure.

20   Different terms.

21      Q.    Who is George Q. Morris?

22      A.    He was a member of the twelve apostles of

23   the Church, and evidently had some responsibility for

24   missionary work.  I don't remember at the time.  But

25   I'm sure he did.

1         Q.     Okay.  Let me -- on the first page it

2    states that, "It is the responsibility of the mission

3    president to know each missionary personally.  He can

4    do this," and it lists three things.  And the first

5    thing is, "By holding personal, private consultation

6    with each missionary as often as feasible, but at

7    least once in every three months."

8         A.     In practicality, that would have taken

9    place at a zone conference when a mission president

10   would interview every missionary.  And we tried to do

11   it and Harvey tried to do it about every six weeks to

12   two months.  Sometimes it would vary a little.  But

13   to stay with it, and three months wasn't set in

14   stone, but Harvey, I remember, tried to do it about

15   every six weeks to two months, depending on the

16   schedule.  But that would -- in addition to the

17   initial interview then you would interview them

18   personally in each zone conference.

19        Q.     Okay.  So the zone conferences you

20   indicated took place every six weeks to two months,

21   preferably?

22        A.     Uh-huh (affirmative).

23        Q.     Yes?

24        A.     Yes.

25        Q.     And that would have been when Harvey Dahl

1   missionary should be released from his mission?

2        A.     There isn't a regular official report that

3   I remember that you would fill out.  I don't remember

4   any official report that would be made if a

5   missionary returned home early other than

6   communication with the bishop and the stake

7   president.  And then the actual release of the

8   missionary would be determined outside of the

9   mission.  That would be determined in Salt Lake by

10  the missionary people in the Church there.

11       Q.     The missionary at issue in this case,

12  Elder Robert White, he left his mission early.

13       A.     That's what I understand.

14       Q.     And was there any written communication

15  regarding the circumstances of his leaving his

16  mission?

17       A.     Not that I know of.  I don't remember him

18  particularly.  I don't remember him as a missionary.

19  He was there a short time and I don't remember him.

20  And I have no knowledge at all of what happened when

21  he went home or why he went or -- I don't know if it

22  was worked out in advance or if he just went.  I

23  don't know that.

24       Q.     And is it your testimony that there's no

25  written record which would discuss the circumstances

1    of his going early?

2        A.    Not that I'm aware of.  I know there was

3    communication, but I don't know of any official form.

4        Q.    Who would the communication be between?

5        A.    Between the mission president and the

6    boy's bishop or stake president.  And then after

7    that, after the missionary was gone from the mission,

8    the communication would be between the bishop and the

9    stake president and the Church Missionary Committee.

10       Q.    Do you know if the LDS Church keeps that

11   communication?

12       A.    I don't know that.

13       Q.    Would you be able to find that out?

14       A.    I don't know if I could find it out.  It's

15   probably the archives.  I don't know if I could find

16   it out.  I don't know who I would talk to to find it

17   out.  I don't think I could.

18            MR. McMAHON:  Stuart, you asked for all

19   the documents for White, and we told you we gave you

20   everything except for what we asserted a privilege

21   on.

22            MR. MERMELSTEIN:  I understand.

23            THE WITNESS:  I don't know any way

24   personally that I could do it.

25            MR. MERMELSTEIN:  I'm trying to determine

1   by these questions if there are documents of a

2   particular nature that may have been missed.  That's

3   all.

4            MR. McMAHON:  That's fine.

5            THE WITNESS:  I don't know who I would

6   contact now to even determine that.  And I'm kind of

7   a stranger on the street.  I don't think anybody

8   would reveal any secrets to me now.

9        Q.    (By Mr. Mermelstein)  Are missionaries

10  given an instruction on how they are supposed to

11  interact with the families they are proselytizing to?

12       A.    Yes.

13       Q.    And what kind of instructions are those?

14       A.    Well, there's a variety of instructions I

15  guess just in the area of common courtesies like

16  making appointments and keeping appointments, being

17  on time, how you would behave in being kind and

18  friendly and those kinds of things.  There could be

19  rules, and were on occasions, I'm sure, on not

20  staying too long, not spending time watching a

21  football game with them or something.  Come, teach

22  your lesson, do your thing, and leave.  And there

23  would be instructions on how to not be improperly

24  involved if there's young girls in the family or

25  things.  Still the same instructions, not to be

1   alone.

2          Overall there would be quite a bit of

3   instruction on how to behave with a family, with

4   those you are teaching as well as church members, not

5   to go there and make yourself a nuisance.  If you are

6   invited to dinner, fine.  But don't stay all night.

7   And don't monkey with their daughters.

8          You can edit that a little, can't you?

9      Q.    Were there rules regarding whether anyone

10  could stay overnight with the missionaries, a

11  nonmissionary?

12     A.    Yes, there were.  The overall rule was

13  missionaries should not have other people staying

14  overnight with them.  The exception to that would be

15  if a missionary was in the process of a transfer,

16  maybe a third missionary might need a place to stay

17  that night and crowd up with the Elders.  But

18  missionaries, usually their apartments were small and

19  there was -- yes, there was instruction that

20  missionaries should not have people living with them

21  other than the two of them.  That was a rule.

22     Q.    So Robert White testified in this case

23  that there was one night where the Joseph boys, the

24  plaintiff and two of his brothers, slept over at his

25  apartment.  Is it your understanding that would be --



EXHIBIT 2
WIT: Reeve
DATE: 11-5-07
ChiCourt, LLC

# MISSIONARY HANDBOOK

## NORTHWESTERN STATES MISSION

The object of our missionary work is convert baptisms. This HANDBOOK is your guide to baptize people. Follow it, keep in tune with the Holy Ghost, and you will meet the baptismal goal.



8

**INCIDENTS, PARABLES AND DISCOURSES FROM THE GOSPELS**

John 1
Luke 1
Luke 2
Matthew 4
John 2
Matthew 5-7
Matthew 8
Matthew 10
John 6
John 10
Luke 16
Luke 16
Luke 16
Matthew 12
Matthew 13
Matthew 24
Matthew 25
John 13
John 14-16
John 17
Matthew 27
Luke 24

**OTHER**

Hosea 2:11
I Cor. 3:16, 17
Malachi 3:8-10
II Peter 1:20, 21
Acts 7
I Corinthians 13
Galatians 3
I Nephi 8
D. & C. 89
D. & C. 132
D. & C. 134
Articles of Faith

9

## V. MISSION STANDARDS AND PROCEDURES: FULL TIME MISSIONARIES

A. Minimum Proselyting Hours Per Week
1. Elders —————————— 55
2. Lady Missionaries ————— 45
3. Mission Office Staff ———— 17

B. Recommended Daily Schedule
6:00 Arise
6:45 Study Class
7:45 Breakfast
8:30 Study
9:30 Proselyting
12:00 Lunch
1:00 Proselyting
5:00 Dinner
6:00 Proselyting
9:30 End Proselyting
10:30 Retire

C. Church Meetings and Recreation
Plan to attend Priesthood and sacrament meetings and Sunday School; be alert for prospective contacts there. Plan to attend each Saturday evening baptismal service and bring your contacts. Use all day Monday, including Monday evening, for personal duties and recreation. Missionaries are discouraged from congregating in large groups for recreation.

D. Supervision
The Supervising Elder will work periodically with each pair of missionaries. All problems and questions should be directed to him, except in special cases requiring the counsel of the Mission President.

E. Part Time Missionaries
Part time and full time missionaries cooperate wherever possible, including holding joint study classes and proselyting.

F. Living Accommodations
Select living quarters which will contribute to



the effectiveness of your work. Keep in mind cleanliness and privacy, particularly regarding toilet and bath facilities.

G. Automobiles

Mission cars are provided by the branch, ward, or stake as arranged by the Supervising Elder. These cars will not be moved from assigned areas without permission of bishop or stake President.

1. To properly register and record cars donated to the mission:
   a. Obtain signed title from donor and forward to Mission Office.
   b. Include name of person, ward or branch donating car.

2. Lubricate and change oil regularly. Wash car and clean interior weekly.

3. For the use of mission cars each missionary will contribute $8.00 per month to a repair fund. Supervising Elders and their companions will pay $10.00 This is sent to the Mission Office not later than the 6th of each month for the month preceding. A receipt for repairs or parts constitutes application for reimbursement. Repair or parts costing $30.00 or more must be approved by Mission Office or no reimbursement will be made.

4. Missionaries are instructed not to use cars borrowed from local members and the Mission will not insure such cars nor assume any responsibility for their repair.

5. Missionaries must not use any car that has not been insured through the Mission Office. To insure an automobile send following information to the Mission Office:
   a. Owner's name and address
   b. Automobile make, year, and type (2-door or 4-door)
   c. Serial number and motor number.

6. If you have an accident:
   a. Write down names and addresses of all persons involved and all witnesses.
   b. Notify police immediately.
   c. Report accident to your local State Farm Insurance agent immediately.
   d. Do not admit liability, and do not discuss your accident with anyone except a known State Farm Insurance representative or the police.

H. Rules

1. Remain in your district with your companion wherever you go.

2. Never be alone with anyone of the opposite sex or have any inappropriate association with them. Do not provide transportation for, and do not teach, single members of the opposite sex except in the presence of a chaperon.

3. Do not correspond with anyone of the opposite sex that you have met in the mission field.

4. Wear your hat and be conservative in your dress. Keep your coat on.

5. Dinner appointments are not to exceed one hour. Do not request dinner invitations.

6. When sick do not go to a member's home for attention.

7. Do not operate firearms or have them in your possession.

8. Do not go swimming, ride in boats, or ride in airplanes.

9. Do not buy or drive a car or bring one into the mission field without permission from the Mission President.

000018

## VI. MISSION STANDARDS AND PROCEDURES: PART TIME MISSIONARIES

A. Minimum proselyting hours per week ......6

B. Recommended proselyting times: Monday, Tuesday, and Wednesday evenings, Sundays, and Holidays.

C. Part time and full time missionaries, cooperate whenever possible, including holding joint study classes and proselyting.

## VII. WEEKLY ACTIVITY REPORT

A. Make weekly report in duplicate.

B. On Sunday mail the original copy of report to the Mission Office and the duplicate copy to the Supervising Elder.

C. Write a brief note on the back of your report to the Mission President telling of your progress of your work. Senior companion: Give each week names and baptismal dates of all "golden" contacts preparing for baptism.

D. Include pink baptismal recommends and white cards with weekly report.

E. On report for last Saturday of each month be sure to include monthly totals.

## VIII. ORDERING SUPPLIES

A. Only books found in Missionary Library, flannel board, and flannel board materials can be purchased from Mission Office. Include cash with order.

B. Pamphlets and $50 Book of Mormon are supplied, through Supervising Elder, in emergency, Book of Mormon may be ordered from Mission Office.



## IX. BAPTISMAL SERVICES

A. Frequency: Hold services every week. To avoid needless duplication, coordinate services with your Supervising Elder.

B. Preparation
1. Arrange for font and dressing facilities well ahead of time.
2. Arrange for someone to fill font.
3. Assign sister to help in ladies dressing room.
4. Make sure all participating understand procedure.
5. Provide for reverence.

C. Program
1. Welcome by elder conducting.
2. Opening song and prayer.
3. Short talk on baptism.
4. Baptisms.
5. Closing song and prayer.

D. Instructions for Performing Baptism
1. Have candidate wear heavy clothing to insure modesty.
2. Enter font first and assist candidate down stairs. Face congregation and have candidate stand in front of you facing your left.
3. Hold candidate's right forearm, palm upward, in your left hand. Have candidate place his left hand on your left wrist.
4. Raise your right arm to square and offer prayer. Place your right hand at candidate's back and immerse candidate.

E. Clothing Requirements
Women should bring a complete change of white under-clothing, including a bra, panties, and full-length slip (cotton preferred) and Men should bring a complete change of white under-clothing.
Every one should have a bath towel and a comb.

# 114274 #

The Church of Jesus Christ of Latter-day Saints

CUMORAH MISSION, 1440 MONROE AVENUE, ROCHESTER, N. Y. 14618

## MISSIONARY HANDBOOK



OCTOBER 1965

000020

Historian's Office Library
The Church of Jesus Christ
of Latter-day Saints

Call No. P
M256.4
C969m
c.2

1

CHURCH MISSION

The object of our missionary work is to convert
baptism. This HANDBOOK is your guide to baptize
people. Follow it, keep in tune with the Holy
Ghost, and you will meet the baptismal goal.

...therefore, now let every man learn his duty, and
to act in the office in which he is appointed, in
all diligence. He that is slothful shall not be
counted worthy to stand. And he that learns not
his duty and shows himself not approved shall not
be counted worthy to stand. Doc. & Cov. 107:99-100

October 1965

HISTORIAN'S OFFICE LIBRARY
The Church of Jesus Christ of Latter-day Saints

000021



9

d. As an incentive to encourage safe driving, the following program is approved:

Each missionary driver at the time of his release will receive a refund of $2.50 per month based on the number of consecutive months of accident-free driving.

2. Driving Rules, etc.

a. Traffic laws are mission rules. Obey them or lose permission to drive. You need your companion to share the responsibility.

b. Do not personalize your car in any way.

c. Missionaries should never be in a car, or anywhere else, alone with a member of the opposite sex.

d. When necessary to furnish transportation for your contacts, use golden members.

e. If you must transport people in your car:

1. All females between ages 7 and 70 sit in the back seat.

2. Never transport young people of the opposite sex unless their parents or suitable chaperones are present.

3. Avoid any appearance of a date in picking up people, such as taking them to door, etc. Use extreme care to avoid even the appearance of evil in transporting young people.

4. Seek counsel, and permission from your leaders before carrying anyone over 10 miles in your car.

5. Never pick up hitchhikers.

10

f. Remember the four C's:

1. Concede the right of way.

2. Concentrate on your driving.

3. Courtesy to all other drivers and pedestrians.

4. Control of vehicle at all times.

g. Use your seat belts.

1. Have a valid local driver's license.

2. Do not use cars other than local members. The mission cars assigned to local responsibility.

3. Maximum mileage for regular mission-aries is 1,500 miles per month; district leaders 1,750 miles per month; and zone leaders, 2,000 miles per month.

k. Keep registration stubs and important papers in a manila envelope in the glove box of the car.

1. Conduct yourself with dignity and restraint at all times. These cars are owned by the Church and we are to use them for missionary work only.

3. Maintenance

a. Lubricate, change oil and filter every 4,000 miles. Have trans-mission and rear-end lubricants checked with each oil change.

b. Have battery, tires, cooling system and brake fluid checked regularly.

c. Keep cars clean inside and out to add to the dignity of your calling.



11

d. Keep an accurate record in the Kit of all gas purchases, oil changes, lubrications, you can fill out repairs so that report accounts for your car into maintenance guide coupon).

4. Repairs. Keep cars in good running condition at all times. Have needed repairs done before they develop into major repairs.

   a. Cost of minor repairs (under $5.00) will be paid by the car at the time.

   b. If your car needs repairs over $5.00, contact the Ozarwal Mission Office.

   c. To be reimbursed for car repairs over $5.00, send the paid receipt (or the bill) along with the completed Reimbursement slip to the Keisburen Office. Make a note whether you want the money sent to you or directly to the repair shop. We will send the money to the repair shop. The D.I. can supply you with reimbursement slips.

   d. Tires can be purchased with B.F. Goodrich credit cards. A credit card will be sent to your D.I. upon request. List your car number on the tire purchase invoice.

5. Accidents and Violations. All accidents, tickets, and parking violations, including parking tickets, must be reported to the Mission President immediately, and

   a. If you have an accident:

      1. Notify the police immediately.

12

2. Write down names and addresses of all persons involved and all witnesses. Be sure to get license numbers of cars.

3. Report the accident to your local Lumberman's Mutual Casualty and Company agent immediately.

4. Do not admit liability and do not discuss your accident with anyone except a town Lumberman's Mutual Casualty Company representative or the police.

5. Notify the Ozarwal Mission Office by phone.

6. If the accident is your fault, you are grounded for the duration of your mission. You and your companion are responsible for payment of the first $250.00 damages.

   b. All traffic violations and fines are to be paid by the missionary responsible for them.

I. Rules

1. Remain in your district and stay with your companion wherever you go. Your D.I.'s approval is necessary to leave your area. The mission president's permission is needed to leave your district.

2. Never be alone with anyone of the opposite sex, nor have any inappropriate association with them. Do not teach single members of the opposite sex except in the presence of a chaperon.

3. Do not correspond either by letter, telephone or otherwise with anyone of the opposite sex whom you have met in the mission field.

4. Wear your hat and be conservative in your dress. Wear White shirts and keep your coat on. Dark suits and ties are preferred.

000023



**13**

5. Dinner appointments are not to exceed one hour. Do not request dinner invitations.
6. When sick do not go to a member's home for attention.
7. Do not operate firearms or have them in your possession.
8. Do not go swimming, fishing, hunting, ride in boats, or ride in airplanes.
9. Do not buy or drive a car or bring one into the mission field without permission from the mission president.
10. GET UP AT SIX A.M.
11. Do not give hitchhikers a ride.
12. Write to your parents every week.
13. Wear conventional haircuts - no crew-cuts or flat-tops.

V. WEEKLY ACTIVITY REPORT

A. Make weekly report in duplicate.
B. Mail the original copy of report to the Omorph Mission Office and the duplicate copy to the D. L. on Sunday morning.
C. Weekly Leader: Write a brief note on the back of your report to the mission president telling of your progress. Companion: Give each week, names and baptismal dates of all "golden" contacts preparing for baptism.
D. Send FP-110 cards to the Omorph Mission Office immediately after baptism. Include address of person baptized and source of contact on back of card. Be certain all information is complete and correct.
E. On report for last Saturday of each month be sure to include monthly totals.

**14**

11. Order blanks and price lists are available to district leaders from the Omorph Mission Office.

VI. ORDERING SUPPLIES
A. Only books found in Missionary Library, flannel boards and flannelboard materials can be purchased from mission office. Your name and address. cash or money order.
B. Pamphlets and copies of the Book of Mormon are supplied through the district leader. In emergency Book of Mormon may be ordered direct from the Omorph Mission Office.

VII. BAPTISMAL SERVICES
A. Hold services each week. Coordinate services with your D. L.; bishop or branch president.
B. Preparation
   1. Arrange for font and dressing facilities well ahead of time.
   2. Make sure 2 witnesses to see that each person baptized is completely immersed.
   3. Arrange for someone to fill font.
   4. Assign 2 witnesses to fill font.
   5. Be reverent.
   6. Clean font and dressing areas after service.
C. Program
   1. Welcome by elder conducting.
   2. Opening song and prayer.
   3. Short talk on baptism.
   4. Baptism.
   5. Confirmations (if service is held more than 3 days before monthly fast and Testimony Meeting).



Historian's Office Library
The Church of Jesus Christ
of Latter-day Saints
Res
M256.4
A942m

# MISSIONARY HANDBOOK

The Australian Mission

The objective of Missionary work is convert Baptisms. This Handbook has been prepared to assist the missionary to baptize people. Keep in tune with the Lord, follow the council of this Handbook, and you will reach the Baptismal goal.

HISTORIAN'S OFFICE LIBRARY
The Church of Jesus Christ of Latter-day Saints

1

000025

## IV. MISSION STANDARDS & PROCEDURES

A. Recommended Daily Schedule:
6.00 ARISE
6.45 Study Class.
7.45 Breakfast
8.15 Individual Study
9.00 Proselyting
12.00 Lunch
12.30 Proselyting
5.00 Dinner and Study
7.00 Proselyting
9.30 End Proselyting — Study
10.00 RETIRE

B. Church Meetings and Recreation:
Plan to attend Sacrament Meetings, but attend Sunday School and MIA only when there are investigators present. BE ALERT FOR PROSPECTIVE CONTACTS THERE!

C. Supervision:
The S.E. will work periodically with each pair of missionaries. All problems and questions should be directed to him, except in special cases requiring the counsel of the Mission President.

D. Ordering Supplies.
Order blanks and price lists are available from the Mission Office.
Approved books, pamphlets, flannel board and flannel board materials can be purchased from Mission headquarters. Indicate name, address and cash or money order. (Money order must be made out to the Church, and made payable at the Crow's Nest Post Office.)

8











E. Living Accommodations:
Select living quarters which will contribute to the effectiveness of your work. Keep in mind cleanliness and privacy, particularly regarding toilet and bath facilities.

E. MISSION RULES:
1. Remain in your district with your companion wherever you go.
2. Never be alone with anyone of the opposite sex or have any inappropriate association with them. Do not provide transport for, and do not teach single members of the opposite sex except in the presence of a chaperon.
3. Do no Correspondence with any member of the opposite sex whom you have met in the Mission Field.
4. Be conservative in your dress. Refrain from jewellery, lapel pins, rings and "fancy" tie clasps. When it is cool enough to wear sweaters, suit coats must be worn instead of sweaters.
5. Dinner appointments with members must be short and not of a social nature. Encouragement must be attained toward Group Meetings.
6. There cannot be any type of swimming, hunting, fishing or anything else which is not conducive to the work and spirit of the Lord.
7. There will be no more basketball playing at all in the Mission. Coaching is acceptable and preferred.

9

000026



8. Weekly activity report must be in the mail not later than Sunday morning.

a. Write a brief note on the back of your report to the Mission President telling of the progress of your work.

b. Notify Supervising Elder of each Baptism.

c. On report for last Saturday of each month be sure to include MONTHLY TOTALS! (This includes Money for the Month).

10

## APPOINTMENT DISCUSSION

(Inside home)

Elder A: We'd like to introduce ourselves. I'm Elder A and my companion is Elder B and you're Mrs. . . .?

Mrs. Brady: Mrs. Brady.

Elder A: May we sit down?

Mrs. Brady: Certainly.

Elder A: As we mentioned, we are ministers of the Chuch of Jesus Christ of Latter-day Saints. Sometimes it is known as the "Mormon" Church. To which Church do you belong?

Mrs. Brady: We are Church of England.

Elder A: We've met many people of the Church of England who've found our message to be interesting and true and we're honoured to have been invited into your home today. We have a very brief message we'd like to leave Mrs. Brady, but before we do (would it be all right if Elder B just opened with a short word of prayer?

Mrs. Brady: Surely.

Elder B: Offers a sincere prayer. He humbly invoke's the Lord's blessings on the understanding of those present.

Elder A: Thank you Elder B. Even though we're ordained ministers, Mrs. Brady, we're not financially supported by our Church. In fact, in the "Mormon" Church even those who are leaders receive no money for what they do, but give of their time freely. So we can

11

000027



MISSION PRESIDENT's

HANDBOOK OF INSTRUCTION S

Res
M256
M678p
1961.?

GEORGE Q. MORRIS          BOOK #14

EXHIBIT  3
WIT: Reeve
DATE: 11-5-07
CitiCourt, LLC

M-1

MISSIONARIES

### Frequency of Contact With Missionaries:

It is the responsibility of the mission president to KNOW each missionary personally.  He can do this:

1. By holding personal, private consultation with each missionary as often as feasible, but at least once in every three months.
2. By keeping before him constantly the personal records file of each missionary.
3. By careful study and analysis of the missionary's activity report, as well as reports from his second counselor, traveling elders and supervising elders.

### Traveling Elders:

The mission president may use traveling elders to more closely supervise and promote effective missionary work.  They should be chosen for their ability to motivate other missionaries, and should always work in pairs like all other missionaries.

They should contact and proselyte with other missionaries, and as they work with them, analyze their proselyting problems and give demonstrated help.  They should be alert to other problems, rendering such assistance as they are able, and making a full report promptly to the mission president.  The visits of traveling elders should be working visits with care exercised not to draw missionaries away from actual proselyting.

### Supervising Elders:

Generally a mission will be divided into missionary districts presided over by a supervising elder, appointed by the mission presidency.  The supervising elder is the representative of the mission presidency in that district.  He should be one who not only is a worthy and capable missionary, but should possess ability in motivating others to do the work.  He too should always work with a companion.

Where traveling elders are used extensively in contacting and working with the missionaries, the supervising elder should do a minimum of traveling among elders of his appointed district.  He should be available to help missionaries in case of sickness or emergency, receive reports for the district, ascertaining if they are properly prepared and if the work is efficiently done.

Where traveling elders do not cover certain districts regularly the supervising elder may perform this function as directed by the mission presidency.

### Arrival of New Missionaries:

Some time should be devoted to interviewing, counselling and training new missionaries on arrival.  The purpose of this period is to give them a warm welcome; to improve acquaintance with them; to help orient them in their new surroundings; to acquaint them with mission rules and other details of living and working in the mission; and, to give them preliminary instruction and training in missionary work, including a plan for studying and a schedule for working.  Usually interviews need not cover moral matters cleared by interviewing General Authority prior to the mission call.

Early Releases:

Reduced or extended terms of service for whatever reason, must be
authorized only by the First Presidency.  All facts in each request should
be given them in writing.

Clearing Up Accounts:

All missionary accounts should be paid up before the release is
given.  In event this cannot be done, the mission president should refer
the account with explanation to the First Presidency.

Care of Sick Missionaries:

Every reasonable effort should be made to safeguard the health of
missionaries.  Mission presidents are authorized to pay from mission funds
the medical expenses of missionaries for serious illness incurred while in
the field.  Medical care for which the Church assumes responsibility must
be authorized by the mission president who should always be consulted in
case of illness.

The Church does not pay for minor medical needs nor for dental care,
eyeglasses, hay fever shots and similar items.  The missionary who goes
into the field with a chronic problem should consider it his obligation
to pay for medicines pertinent to that problem.

Emergency medical care should be extended at once when needed.  Where
operations are not classed as emergency, the family should assume responsi-
bility for the decision as to whether an operation should be had.

It is more economical in some cases to have the missionary come to
Salt Lake City or to some other locality where there is a Church hospital.
In such cases the cost of hospital and medical care in the field should be
determined and the facts submitted to the First Presidency.  Missionaries
who come home for medical care generally are not released but are granted
a leave of absence.

The Church does not assume continuing liability for the care of sick
missionaries after they are released, any more than it does for other mem-
bers of the Church.  Cases requiring special consideration may be referred
to the First Presidency.

A missionary sent home for medical care should report to the Mission-
ary Department at Church headquarters before contacting a physician, except
in an emergency.  If he (or his family) makes separate arrangements for his
care, it will be considered the family's responsibility to assume costs in-
cident thereto.

In case of serious illness of any missionary, the mission president
should notify the family and the First Presidency immediately.

Medical expense of missionaries, including the mission president and
his family may be charged to the account, "Medical Expenses of Missionaries."

Polio Prevention:

Outgoing missionaries are advised to have polio shots before departure.
Mission presidents should arrange for missionaries to have any remaining
shots in the series needed for immunization.

Death of a Missionary:

If the death of a missionary occurs in the mission field, arrangements
should be made at once for the embalming of the body and dressing in temple
burial clothes.  If in a foreign country, confer with the nearest United
States consul and local authorities to secure permits for shipment of the

M-6

body home.  Notify the office of the First Presidency for further instructions.

## Moral Transgressions:

The mission presidency must be alert constantly to infractions of mission rules, particularly with respect to moral issues.  Under no circumstances must dating, flirting, petting or self-abuse be permitted.  In cases of adultery, fornication, homosexuality, or other vicious perversions, mission presidents will make thorough investigation, and report at once to the First Presidency for instruction in handling the case.  When directed by the First Presidency to take Church court action against a missionary, the mission president should take this action in the mission field, in an elders' court comprising the mission president and two or more other elders.

It is the policy of the First Presidency to excommunicate missionaries guilty of adultery, fornication or homosexuality.

Missionaries so handled should be sent home at their own expense.  If they are without funds for transportation, they may sign notes and have the necessary funds advanced to them by the mission president.

## Blue Report:

The blue, confidential report on each missionary should be prepared by the mission president personally at the time of release and sent promptly to the First Presidency.

## Letter to Bishop and Stake President on Released Missionary:

At the time of a missionary's release, an appropriate letter should be sent to his bishop, with a copy to the stake president.  This short statement of the qualifications and work of the missionary will be helpful.

In the letter to the stake president, the mission president should encourage the stake president to have a private interview with the missionary to see that he conducted himself in a missionary-like way on his return trip. The missionary should be advised of this by the mission president.

## Mission Literature:

Tracts, pamphlets, books, and periodicals are essential aids to the missionary.  Also helpful are visual materials and devices for proselyting and teaching the gospel.

The Missionary Department provides a listing of current tracts, books, and pamphlets.  Items from this list may be requisitioned on Form 2-FP.

Some Church magazines and the Church News section of the Deseret News are sent to mission headquarters for distribution on the basis of one copy to each pair of missionaries.

Four-page tracts and certain small pamphlets such as "Joseph Smith Tells His Own Story," "A Friendly Discussion," and "Plan of Salvation" are provided free of cost.  Larger pamphlets and booklets are sold at cost.  Free tracts should be charged to "Literature Furnished Free to Missionaries."

Care should be exercised to avoid overstocking the mission commissary, elders' apartments, or branch chapels with proselyting literature.  This often leads to waste.

Purchases should be made on requisition forms approved by the mission president.  The sole purpose of handling these supplies is to provide missionaries with needed materials, and not to establish a general book-selling operation.  Discounts to the mission office should not be passed on to any persons other than those engaged in missionary work.

The mission commissary should be operated on a non-profit, strictly cash basis.  Charge accounts should be avoided.