Case 4:06-cv-04143-JES   Document 64-4   Filed 12/24/07   Page 1 of 7 PageID #: 369

Joseph vs. LDS                                                              Ferris Joseph, 3/26/07

**Page 1**

```
          UNITED STATES DISTRICT COURT
              DISTRICT OF SOUTH DAKOTA

* * * * * * * * * * * * * * * * * * * * * *

FERRIS JOSEPH,            Civ. No.  06-4143

        Plaintiff,

vs.

CORPORATION OF THE PRESIDENT
CHURCH OF JESUS CHRIST OF
LATTER-DAY SAINTS, a Utah corporation
sole, and CORPORATION OF THE
PRESIDING BISHOP OF THE CHURCH
OF LATTER-DAY SAINTS, a Utah
corporation sole,
                          McMahon Law Office
        Defendants.       Sioux Falls, SD
                          March 26, 2007
                          10:00 a.m.

* * * * * * * * * * * * * * * * * * * * * *

              D E P O S I T I O N   O F

           FERRIS FRANCIS JOSEPH, JR.

* * * * * * * * * * * * * * * * * * * * * *

APPEARANCES

Mr. Stuart S. Mermelstein
Herman & Mermelstein, P.A.
18205 Biscayne Boulevard, Suite 2218
Miami, FL  33160
                          for the Plaintiff;

Mr. James E. McMahon
McMahon Law Office
PO Box 1293
Sioux Falls, SD 57101
                          for the Defendants;
```

**Page 2**

```
APPEARANCES - Continued

Mr. Jonathan A. Kobes
Murphy, Goldhammer & Prendergast
PO Box 1728
Sioux Falls, SD  57101
                          for the Defendants;

Mr. Randy T. Austin
Kirton & McConkie
1800 Eagle Gate Tower
Salt Lake City, UT  45120
                          for the Defendants.
```

EXHIBIT
D

**Page 3**

```
              INDEX OF EXAMINATIONS

By Mr. McMahon                        Page   4

                  * * * * *

            INDEX OF DEPOSITION EXHIBITS

                     Marked for    Offered into
                     Identification  Evidence

Exhibit 1 --              76            --
Complaint

Exhibit 2 --              76            --
Copy of photograph

Exhibit 3 --             117            --
Certificate of Record
of Membership

Exhibit 4 --             117            --
Document entitled
Elder White Incident

Exhibit 5 --             120            --
Photograph

Exhibit 6 --             142            --
CHR records

Exhibit 7 --             142            --
LDS records

Exhibit 8 --             142            --
Southeastern records


                  * * *

Joseph Deposition Exhibits 1-4, 6-8 were retained
with the original transcript.  Deposition Exhibit
Number 5 was retained by Mr. Mermelstein.  The
original transcript of this deposition was
delivered to Mr. McMahon.
                  * * *
```

**Page 4**

```
             S T I P U L A T I O N

    It is hereby stipulated and agreed, by and
between the above-named parties through their
attorneys of record, whose appearances have been
hereinabove noted, that the deposition of FERRIS
FRANCIS JOSEPH, JR. May be taken at this time and
place, that is, at the McMahon Law Office, Sioux
Falls, South Dakota, on the 26th of March, 2007,
commencing at the hour of 10:00 a.m.; said
deposition taken before Suzanne Brudigan, RPR,
CSR, a Notary Public within and for the State of
South Dakota; said deposition taken for the
purpose of discovery or for use at trial or for
each of said purposes, and said deposition is
taken in accordance with the applicable Rules of
Civil Procedure as if taken pursuant to written
notice.  Objections, except as to the form of the
question, are reserved until the time of trial.
        FERRIS FRANCIS JOSEPH, JR.,
called as a witness, being first duly sworn,
testified as follows:
EXAMINATION BY MR. McMAHON:
Q.  Would you state your full name, please.
A.  Ferris Francis Joseph, Jr.
Q.  What's your current address?
```

81

1  missionaries?
2  A. Never -- I don't remember anytime overnight.
3  Q. All right. Then let's -- let's get to the place
4     where this alleged abuse in the complaint took
5     place. Tell me where that happened.
6  A. In their residence.
7  Q. Was it always in the residence?
8  A. I believe so, yes.
9  Q. As far as you can recall, that's where it always
10    happened?
11 A. Yes.
12 Q. All right. And where was that residence?
13 A. I remember them living in Flandreau.
14 Q. Okay. Did they live in an apartment or a house,
15    or tell me as much as you can remember about it?
16 A. My memories is an apartment.
17 Q. An apartment as part of an apartment complex, is
18    that what you mean?
19 A. I don't remember.
20 Q. Do you remember if it was in a house versus an
21    apartment or can't you draw that distinction?
22 A. I can't.
23 Q. Do you have any recollection of what part of town
24    it was in?
25 A. I don't.

82

1  Q. Can you describe the building for me?
2  A. I can't.
3  Q. How many times do you think you were at that
4     residence?
5  A. I don't recall. It was more than a few.
6  Q. I just need to have some -- some type of a
7     feeling. I'm not trying to pin you down to exact
8     number of times because I know you couldn't
9     remember that, but if we started at ten and 50,
10    I'm assuming maybe we should start at five and
11    50. Is it somewhere in between there?
12 A. Five and 50?
13 Q. Yeah.
14 A. I would say more than five.
15 Q. Okay. Do you think it's 10? 20? 15? I mean, 40?
16    I'm just looking for some idea.
17 A. I can't give an exact.
18 Q. All right. Do you have any idea how long these
19    two missionaries were visiting you and your
20    family in a period of time? Were they here for a
21    year, two years, three years? What was it?
22 A. I believe a few months.
23 Q. Okay. If they were here for a few months, you
24    said that it was probably a couple months before
25    you started going places with them so does that

83

1     leave us, what, two, three, four months that they
2     were here after that?
3  A. I don't know.
4  Q. Okay. If we try to break it down into a week,
5     for example, would you go to Flandreau with them
6     every week to their residence?
7  A. I don't know.
8  Q. Would you go there at least once a month with
9     them?
10 A. I believe so.
11 Q. Okay. When you went to their residence, both
12    missionaries went with you?
13 A. Yes.
14 Q. What type of vehicle did you ride in?
15 A. It wasn't a truck, it was a car.
16 Q. Okay. Do you remember what kind?
17 A. I don't.
18 Q. Do you remember what color?
19 A. I don't.
20 Q. Just a two-door or four-door?
21 A. I don't know.
22 Q. Big car, little car?
23 A. I don't know. Mid-sized, perhaps.
24 Q. Mid-sized car?
25 A. Perhaps.

84

1        MR. MERMELSTEIN: Object. I don't think
2     they had little cars in the mid '60s.
3        MR. AUSTIN: Beatles.
4        MR. McMAHON: They had VWs back then.
5        And you don't remember anything about the
6     color?
7  A. I don't.
8  Q. On each occasion that you went to their residence
9     in Flandreau, was it always you and your two
10    brothers?
11 A. Not always.
12 Q. Did you ever go alone or was there always at
13    least one of your brothers that went?
14 A. I don't recall.
15 Q. When you went to the residence, tell me what you
16    remember that would happen. In other words, if
17    they lived in an apartment, I'm assuming there
18    was more than one room in the apartment; is that
19    correct?
20 A. I believe so.
21 Q. Okay. So we've got two missionaries and you and
22    your brothers, for an example, and you would go
23    to their residence. Tell me then what happened
24    and how it was that this abuse occurred.
25 A. I remember one time when he would have me and I

Case 4:06-cv-04143-JES   Document 64-4   Filed 12/24/07   Page 3 of 7 PageID #: 371

Joseph vs. LDS                                                                      Ferris Joseph, 3/26/07

85

believe -- I believe my brothers kind of
playing -- being roughhoused, wrestling around.
I remember another time when -- I remember
when -- I remember when I was anally penetrated.

Q. Mr. Joseph, this is obviously difficult for you and I understand that. I hope you understand that for me to represent my client, I need to know what happened. And if you want to take a break or something, that's fine but we have to go through this so I know the extent of what happened. And as I said before, I'm not -- I'm not trying to embarrass you, I'm just trying to find out the facts, okay?

A. (Indicating.)

Q. Let's start with the time that you remember of the roughhousing. Can you tell me what happened there?

A. I recall he had me play with his pecker.

Q. Now, would this have been when it was just the two of you or would your brothers have been there at the same time?

A. I remember we were -- we roughhoused -- we were playing around together, but I don't recall if my brothers were with me during that incident.

Q. And did he take his penis out of his pants?

86

A. I don't recall.

Q. You just remember that you -- did he ask you to play with it or fondle it in some way?

A. I remember being in his bedroom.

Q. Okay. You don't remember if it was through his pants or -- or whether he was undressed?

A. I remember touching his pecker, undressed.

Q. Undressed?

A. Yes.

Q. All right. You don't remember how you got there? I mean, if you were roughhousing, I'm trying to understand how you got from that to the bedroom.

A. I believe it started with an activity during the day is what I remember, which eventually led to their -- their apartment which eventually led to playing or roughhousing in the apartment and then I remember me being in the bedroom with him.

Q. And that's what I'm trying to figure out is whether you remember how it -- it progressed from roughhousing into you being in his bedroom alone with him?

A. I don't.

Q. All right. It was just the two of you as far as you remember in his bedroom on that occasion?

A. I believe so.

87

Q. And however it happened, he had you playing with his penis?

A. Yes.

Q. All right. Do you have any conception of how long that lasted?

A. I don't.

Q. Okay. Now, before you mentioned that you remember one time being anally penetrated, before we talk about that, were there any other incidences that you remember other -- that involved some type of improper activity?

A. Yes.

Q. There was more than those?

A. Yes.

Q. All right. Let's then talk about the time that you remember being anally penetrated. What happened there?

A. I remember it hurt.

Q. Was that at his residence again?

A. Yes.

Q. Were you in his bedroom?

A. Yes.

Q. Do you remember how you got there?

A. I don't recall but it -- it may have been similar to the time when I was in there playing with his

88

pecker.

Q. This is a separate occasion, right?

A. Yes.

Q. And was it just the two of you that were in his bedroom at that time?

A. I believe so.

Q. And did he penetrate you with his penis or with a finger or what did he do?

A. I remember his penis. And I remember it hurting.

Q. Did you tell him it hurt?

A. I believe so. I don't know for sure.

Q. Did you ever have to get any kind of medical attention because of that?

A. Like later in life?

Q. No. I mean, did you bleed at all, do you know?

A. I don't recall.

Q. Okay. So you didn't have to go to the doctor because you were bleeding or anything like that?

A. Right after?

Q. Right.

A. No.

Q. Okay. Do you have any conception of how long that lasted?

A. I don't.

Q. How many other incidents of inappropriate conduct

Case 4:06-cv-04143-JES   Document 64-4   Filed 12/24/07   Page 4 of 7   PageID #: 372

Joseph vs. LDS                                                      Ferris Joseph, 3/26/07

**89**

1  were there?
2  A. I remember another incident where he had me do
3     oral on him.
4  Q. Where did this fit -- I'm assuming the fondling
5     would have been first?
6  A. I don't recall.
7  Q. Okay. Was the -- he wanted you to give him oral
8     sex?
9  A. I remember.
10 Q. Was that at his residence also?
11 A. Yes.
12 Q. And was that in his bedroom?
13 A. I believe so.
14 Q. Was anyone else present?
15 A. In the bedroom?
16 Q. Right.
17 A. I don't believe so.
18 Q. Okay. And, again, let me just ask you: Do you
19    remember how it is you ended up in the bedroom
20    with him alone?
21 A. I don't recall that.
22 Q. How long did that last, do you know?
23 A. I don't recall.
24 Q. Do you remember any other incidents?
25 A. I have recollections of touching his pecker.

**90**

1  Q. On other occasions?
2  A. Yes.
3  Q. Through his clothes or bare?
4  A. Bare.
5  Q. At his residence again?
6  A. I believe so.
7  Q. You say you have some recollection of that. Do
8     you remember any of the specifics?
9  A. I don't.
10 Q. You just have a recollection that you did it
11    other times, you touched it other times?
12 A. I do.
13 Q. Do you have any recollection of how many other
14    times?
15 A. I don't.
16 Q. Any estimate at all?
17 A. I don't know.
18 Q. And then you have recollection of one incidence
19    of oral sex and one incidence of anal sex?
20 A. Yes.
21 Q. No others?
22 A. I don't know.
23 Q. None that you remember anyway?
24 A. Yes.
25 Q. Now, during -- during these incidents, some of

**91**

1  the time your brothers were there, if I
2  understand you correctly; is that right?
3  A. I believe so.
4  Q. So where would they have been when this was
5     happening?
6  A. Probably -- probably the same place his companion
7     was.
8  Q. Do you know where that was?
9  A. Not in the bedroom.
10 Q. But they were in the residence, just not in the
11    bedroom?
12 A. I believe so.
13 Q. On every occasion, the companion and your
14    brothers would have been in one of the other
15    rooms?
16 A. Companion, yes. Brothers, I don't know.
17 Q. As far as you know, they were in one of the other
18    rooms?
19 A. I don't recall that.
20 Q. Okay. Did you --
21 A. I don't know if they were there every time that I
22    was.
23 Q. Okay. If they were there, they were in one of
24    the other rooms?
25 A. Yes.

**92**

1  Q. After any of these incidents, did you ever come
2     out and say anything to the companion that this
3     person was doing this to you?
4  A. I did not.
5  Q. Did you ever say anything to your brothers?
6  A. I did not.
7  Q. I've seen some mention in here that you have said
8     that your brothers were also abused; is that
9     correct?
10 A. I believe so, but Michael's dead. My brother
11    Randy and I have after -- after this came out of
12    regression, I talked with him and he stated to me
13    he was also abused.
14 Q. You guys had that conversation, as I recall,
15    right after Michael committed suicide and you
16    guys were wondering if this was a part of that?
17 A. No.
18 Q. Oh, you didn't?
19 A. No.
20 Q. Did you tell a therapist that?
21 A. No.
22 Q. Okay. But did you not think that Michael's
23    suicide might have been involved with some abuse?
24 A. I don't -- I never thought about it.
25 Q. That's never crossed your mind?

**Page 77**

1. home. I think that pretty much corresponds with
2. what you were telling me. Do you think that's
3. about right, seeing that allegation you would
4. have been about 12 when those missionaries first
5. came to your home?
6. A. Eleven or 12, I believe.
7. Q. Okay. All right. Then let's pick up for a
8. second where we were when we broke. I was trying
9. to get you to recall if you did, where else you
10. might have seen those missionaries besides your
11. home and in church. Did you have a chance to
12. think about that and visit with your counsel
13. about that?
14. A. Yes.
15. Q. Can you tell me where else you saw those two
16. missionaries?
17. A. They would take us on activities, me and my two
18. brothers.
19. Q. Okay. Can you give me an approximation of how
20. long it would have been from the first time they
21. came to your home until you started going places
22. with them? I know you won't remember exactly but
23. can you give me some feel for that?
24. A. I can't.
25. Q. Do you think that would have been weeks or

**Page 78**

1. months?
2. A. I believe maybe couple months.
3. Q. Okay.
4. A. Maybe more.
5. Q. So going from that time period a couple months,
6. for the first couple months it would have been
7. mostly visits in the home and seeing them in
8. church, I take it, correct?
9. A. I believe so.
10. Q. All right. And then sometime around that
11. two-month time period, that's just an
12. approximation, I understand that, you started
13. going places with the -- with these missionaries,
14. correct?
15. A. I believe so, yes.
16. Q. And when you would go places with them, would it
17. be just you or would some of your brothers and
18. sisters go with you?
19. A. Would be me and my two brothers.
20. Q. Okay. And would you go with both missionaries or
21. just one?
22. A. Always two.
23. Q. Always two. Can you tell me the various places
24. that you remember that they took you?
25. A. I remember the park in Sioux Falls and in

**Page 79**

1. Flandreau.
2. Q. Do you remember anyplace else you went with them?
3. A. I remember they would buy us treats at times.
4. Q. Okay.
5. A. I remember -- I remember there was a place in
6. Flandreau where we used to get popcorn, and it
7. could have been a movie theater but I don't know
8. for sure.
9. Q. You don't remember going to any movies there?
10. A. I don't remember. I don't recall.
11. Q. Okay. So there was a park in Sioux Falls. Was
12. that McKennan Park?
13. A. I don't know.
14. Q. All right. What would you do at the park in
15. Sioux Falls now?
16. A. Kick a ball around. I remember throwing
17. frisbees. We'd do activities.
18. Q. Was there anything inappropriate that ever
19. happened in the park in Sioux Falls?
20. A. I don't recall.
21. Q. You don't remember any?
22. A. No.
23. Q. All right. You also said that there was a park
24. in Flandreau that they would take you to. Was
25. that just the town park?

**Page 80**

1. A. I don't know if it was a park specifically.
2. Q. What do you remember about it?
3. A. It was an open field, area, grass.
4. Q. What did you do there?
5. A. We would kick -- kick ball, maybe play catch.
6. Q. Same type of activities as you did in the park in
7. Sioux Falls?
8. A. Yes.
9. Q. All right. I'll ask you the same thing about the
10. park in Flandreau. Was there anything
11. inappropriate in your opinion that happened at
12. that park or open field?
13. A. I don't recall, no.
14. Q. Okay. Again, you don't remember anything
15. happening there?
16. A. No.
17. Q. And then you mentioned you might have gone to the
18. movie house, you don't remember much about that
19. so I'm assuming, but correct me if I'm wrong,
20. that you don't remember anything inappropriate
21. happening at a movie house or anything like that?
22. A. I don't recall.
23. Q. All right.
24. A. No.
25. Q. Did you ever go anyplace overnight with these

Case 4:06-cv-04143-JES   Document 64-4   Filed 12/24/07   Page 6 of 7 PageID #: 374

Joseph vs. LDS                                                                    Ferris Joseph, 3/26/07

## Page 93

1  A.  Until -- until my abuse came out of regression, I
2      never thought about it.
3  Q.  Oh, okay.  And when was that?
4  A.  My abuse --
5  Q.  Yeah.
6  A.  -- coming out of regression?  My trip up to
7      Canada.
8  Q.  And you never thought about it before that?
9  A.  No.
10 Q.  You totally forgot about it?
11 A.  I -- I have no recollection of it prior to that
12     point.
13 Q.  That's what I mean.  Prior to your trip to
14     Canada, you had forgotten that this had ever even
15     happened to you?
16 A.  I had no recollection until my trip to Canada.
17 Q.  So you were 12 years old when this was going on.
18     Do you remember talking about it with anyone back
19     at that time?
20 A.  No.  I have no memory of talking to anybody.
21 Q.  I have counseling records from three different
22     places.  Have you ever been in counseling other
23     than those three places?
24 A.  I recall four.
25 Q.  Okay.  Are you -- are you including Dr. Manlove?

## Page 94

1  A.  Yes.
2  Q.  Okay.  There would be four, then.  Were there any
3      others besides those four?
4  A.  No.
5  Q.  All right.  What was the name of the missionary
6      that was doing these things to you?
7  A.  Elder White.
8  Q.  Do you know his first name?
9  A.  He told our family his name was Robert.
10 Q.  Do you know his middle name?
11 A.  I do now.  I didn't then.  I had a recollection
12     that it could have been the letter L but I didn't
13     know for sure.
14 Q.  In your complaint you talk about a Richard,
15     Richard Joseph White.  How did you come up with
16     that name?
17 A.  I didn't.  The church did.
18 Q.  But I mean, this is a name the church gave you
19     and so that's why it's in the complaint?
20 A.  Yes.
21 Q.  Do you know what Elder White's companion's name
22     was?
23 A.  I do not.
24 Q.  You have no recollection of that at all?
25 A.  I do not.

## Page 95

1  Q.  Did his companion ever do anything inappropriate?
2  A.  I remember nothing with the companion.
3  Q.  So as far as you know, the companion didn't do
4      anything inappropriate?
5  A.  I believe so.
6  Q.  You believe that's correct?
7  A.  I believe so.
8  Q.  Yeah.  So do you have any reason to believe that
9      the companion was aware that Elder White was
10     doing something inappropriate?
11         MR. MERMELSTEIN:  Objection to form.
12 A.  I believe he did.
13 Q.  Why do you believe he did?
14 A.  Because they were always together.  They were --
15     they were never alone.  They went and did
16     everything as two.  When I was in their
17     residence, he was there somewhere.
18 Q.  But if I understood you, he was never in the
19     bedroom?
20 A.  Correct.
21 Q.  Okay.  So are you just assuming that he knew it?
22     I guess what I'm getting at is, did you ever see
23     the companion watch or hear them talk about it or
24     anything like that that makes you believe the
25     companion knew about it?

## Page 96

1  A.  I don't recall that.
2  Q.  Okay.  What -- what's your understanding of what
3      an elder is?
4  A.  Now presently?
5  Q.  Sure.
6  A.  He's a -- to me, he's an emissary of the church.
7  Q.  How do you get to be an elder?
8  A.  You kind of have to start out as a lower -- the
9      lower priesthood, obtain the Melchizedek
10     priesthood to become an elder.
11 Q.  Do you know what that entails?
12 A.  Yes.
13 Q.  What do you have to do?
14 A.  You have to -- you have to be living a pretty --
15     supposedly a pretty moral life.  You also have to
16     go and obtain a lesser priesthood first which is
17     the Aaronic.  There's a couple three different
18     stages, a deacon, teacher, priest in that
19     priesthood, and then you receive the Melchizedek
20     priesthood to become an elder.
21 Q.  So are all these people that go on missions, are
22     they all elders?
23 A.  I believe so, except for the females.
24 Q.  So you obtain that at a fairly early age, then?
25 A.  Obtain?

**97**

Q. Being an elder?
A. You have to be a certain age to get the Melchizedek priesthood.
Q. Do you know what that is?
A. I believe you have to be an adult.
Q. So 18?
A. Or older. A lot of people convert, convert at all kinds of ages.
Q. Now, if we go back to 1967 when this was happening to you, did you know what an elder was back then?
A. I did not. I did not know what was required to become an elder.
Q. Did this missionary call himself Elder White?
A. He was an elder, he was a missionary.
Q. Do you have to be an elder to be a missionary?
A. I know that he was a missionary and they were called -- he was Elder White on his little name tag.
Q. And how about, but you don't remember the name tag of the other one?
A. I don't.
Q. Was he an elder, do you remember that?
A. Yes.
Q. Okay. But at that point in time, that didn't

**98**

mean anything to you?
A. No. Well, I didn't know what is involved with becoming an elder, but it meant something to me. You know, I looked up to those -- to those missionaries. I considered them like a mentor, somebody to be admired.
Q. You still have the complaint there in front of you. Would you look at paragraph 12, please.
A. (Complies.)
Q. You say in that paragraph that the -- the sexually, emotional and spiritual abuse committed by White on Ferris was opening and long lasting. What do you mean by "open and long lasting"?
A. I believe after going through therapy, I came to understand -- I think I may have transitioned and made a connection that this abuse affected me in different ways over my entire life from the time it happened forward until -- It came out of regression but it was still subconsciously affecting me when it was in regression. I believe that I have low -- had low self-esteem from it. I believe that I could not make commitments. I believe I've become instable -- unstable because of it.
Q. Are these things that the therapist told you?

**99**

A. These are things that I kind of concluded on my own after the therapy sessions.
Q. Did you -- do you feel that there's anything else in your life that has contributed to those same problems?
A. No.
Q. When it says here that it was open, what do you mean by "open"?
A. Open and long lasting?
Q. Yeah.
A. I believe from the age that it occurred, even past the time of it coming out of regression, even right now.
Q. Okay. I understand the long-lasting part. I'm talking about the open part. You're not alleging that these things happened in public, are you?
A. What do you -- I don't understand the question.
Q. Maybe I'm reading it wrong and maybe your counsel --
    MR. MERMELSTEIN: Is the question on the -- the abuse or the injuries? I think you're referring to the abuse itself, right?
    MR. McMAHON: Well, the allegation is paragraph 12, sexually, emotional and spiritual abuse committed. So I'm assuming that sexual,

**100**

emotional and spiritual all modify abuse, and then it says it was open and long lasting.
    So I'm trying to get at what you mean by being open and long lasting.
A. It's still affecting me.
Q. Okay. But it was all done in that bedroom?
A. To the best of my knowledge, I believe, yes.
Q. Okay. That paragraph goes on to state that the church officials, administrators and supervisors knew or should have known of this abuse. Do you see where that's alleged there?
A. Yes.
Q. And how is it that they -- that you're claiming that the church officials knew this?
A. I -- I believe that you just don't go on a mission. My understanding is you have to be called on a mission. You have to be living a certain type of life. You're called. My understanding is they go to a training place somewhere in Provo, Utah, that preps them before they go out on a mission. They're assigned to a certain mission.
    I remember the one in South Dakota being linked to, I remember it was called Western States, then Northern Indian Mission. They have