FEBRUARY 23, 1968. (FRIDAY)

Got up by 8:00. Bath. Went & washed, ironed. I went with Elder Taylor out to Marty. Visited two reel good families out in the country. He is a good man. Elder White can't stand him. He seems OK with the people, although he cuts you off when you are talking. Elder White's parents had come out to see him reciently - he has only been out a few months. They wanted to ask him about the MARAJAUNA (sp) he had left growing on his San Francisco housetop. The Narcotics men had been over. The parents didn't suspect him, but they found some seeds in one of his coat pockets. There is also a rumor that his old girl friends parents are pressing charges of Rape on him. That's the Alm. I just hope that he doesn't try anything out here. He has the ability of really becoming a good missionary.


EXHIBIT A