# CONDENSED TRANSCRIPT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA, SOUTHERN DIVISION

| | |
|---|---|
| FERRIS JOSEPH, )<br>)<br>  Plaintiff, )<br>)<br>vs. )<br>)<br>CORPORATION OF THE )<br>PRESIDENT OF THE CHURCH OF )<br>JESUS CHRIST OF LATTER DAY )<br>SAINTS, a Utah corporation )<br>sole, and CORPORATION OF )<br>THE PRESIDING BISHOP OF THE )<br>CHURCH OF LATTER-DAY )<br>SAINTS, a Utah corporation )<br>sole, )<br>)<br>  Defendants. ) | Deposition of:<br><br>**JAY SESSIONS**<br><br>Case No. 06-4143 |

November 6, 2007 * 11:25 a.m.

Location: Kirton & McConkie
60 East South Temple, Suite 1800
Salt Lake City, Utah 84111

Reporter: Diana Kent, CSR, RPR, CRR
Notary Public in and for the State of Utah



EXHIBIT B



**CITICOURT**
THE REPORTING GROUP

170 South Main Street, Suite 300
Salt Lake City, Utah 84101

PH: 801.532.3441   FAX: 801.532.3414   TOLL FREE: 877.532.3441

SHEET 9

65

1  Q.  They had been over to the parents' house?
2  A.  Well, I'm sure I am meaning the parents'
3  house.
4  Q.  Okay.  So someone told you, it might have
5  been Elder White or Elder Taylor, that narcotics
6  police had been to the White's home in San Francisco?
7  A.  Correct.
8  Q.  And then you say the parents didn't
9  suspect him but they found some seeds in one of his
10 coat pockets?
11 A.  Yes.
12 Q.  Okay.  And again that's information that
13 you would have gotten from either Elder Taylor or
14 Elder White himself?
15 A.  Yes.
16 Q.  Then you say there is also a rumor.  Is
17 that, what word?  A rumor?
18 A.  Yes.  Not spelled too well.
19 Q.  You state there was also a rumor that his
20 old girlfriend's parents were pushing charges of rape
21 on him?
22 A.  "Pushing" or "pressing."
23 Q.  Pressing charges of rape on him.  And
24 again this is something that either Elder Taylor or
25 Elder White would have told you?

66

1  A.  I don't know who else.  It would have to
2  have been one of them.  I don't know.
3  Q.  Is there a reason you stated it was a
4  rumor?
5  A.  Well, it sounds like gossip to me.  And I
6  don't think Elder White would be spreading the rumor
7  like that.  But I don't know.
8  Q.  So it's likely something that Elder Taylor
9  would have told you?
10 A.  Yes.  And I don't know where he would have
11 heard it.
12 Q.  The fact that an old girlfriend's parents
13 are pressing charges, would that indicate to you that
14 the girl at issue was a minor?
15 A.  Yes.
16 Q.  Then you say in your notes from February
17 23, 1968, "That's the NIM."  What does that mean?
18 A.  The Northern Indian Mission.
19 Q.  Can you explain that reference?
20 A.  I can't.  It sounds sarcastic.  It sounds
21 cynical.  It sounds like I expected that to happen
22 there, but I can't say why I would put that in.
23 Q.  Was it your experience that you had crazy
24 stories, conduct of missionaries come up in your
25 travels?

67

1  A.  Well, everyone comes out with baggage and
2  they have a past life.  And maybe that's why I'm
3  saying that.  It's colorful missionaries.  Not unlike
4  any other mission, I would assume.
5  Q.  Well, 19 years old don't have that much of
6  a history.
7  A.  Anybody that has been through high school
8  would experience some things that may be better left
9  unsaid, and possibly needing repenting of.  But here
10 again, as far as I was concerned this is just a
11 colorful past just like a guy would be playing
12 football or something like that.  I don't think it
13 was an issue other than just him having this
14 background.  And some of the best missionaries were
15 the ones that had the most to repent of, because they
16 could relate to an alcoholic if he had drunk a little
17 before their mission.  So I guess I'm saying the past
18 really wasn't that important.  But I don't know why I
19 would say, "That's the NIM."
20 Q.  Your next sentence says, "I just hope that
21 he --" strike that.
22     Your next sentence says, "I hope that he
23 doesn't try anything out here."  Is that correct?
24 That's what it says?
25 A.  That's correct.

68

1  Q.  So that indicates some concern on your
2  part that he might engage in such behavior as
3  indicated in this note while he is on his mission?
4     MR. McMAHON:  I'm going to object.  Again,
5  it's argumentative.
6  Q.  You can answer the question.  I want to
7  understand what you mean by, "I just hope he doesn't
8  try anything out here."
9     MR. McMAHON:  Then that's what you should
10 ask.
11 Q.  What did you mean by that?
12 A.  Well, I felt a concern for him, knowing
13 his past.  And all the Elders, I didn't know their
14 past but sometimes things come up and you are
15 concerned about them, too.  Spend too much time
16 playing ball, maybe it's because they were ball
17 players in high school.  I think it's just something
18 I -- well, I felt responsible for him, obviously.
19 And I didn't want him to do anything that I would
20 feel like I would be responsible for, too.  So I did
21 sense a feeling of responsibility, yes.
22 Q.  And you had your fingers crossed that he
23 wouldn't be engaging in any immoral criminal conduct
24 on his mission; is that correct?
25 A.  That's correct.

SHEET 10

**73**

1  Q. And then it says, "I told him I know how
2  he feels. I told him I had problems, too.
3  Especially with my mother's strong influence."
4  A. Yes.
5  Q. That is what that says?
6  A. Yes.
7  Q. And then it says, "I told him don't worry
8  about it. He's really a baby. He hates Elder
9  Taylor."
10  A. Yes.
11  Q. That's what that says, correct?
12  A. Yes.
13  Q. And then it says, "He keeps threatening to
14  go home. I wish he would really. He could be good
15  but he has no backbone." Is that what that says?
16  A. Yes.
17  Q. And then it says, "He says that --"
18  actually, I'm going to ask you to read the last
19  sentence. I'm having trouble reading that.
20  A. How come I get to read all the bad parts?
21  "He says that all the return missionaries in his ward
22  are in jail, et cetera, and," something, "the biggest
23  psychological business in Utah is return
24  missionaries." And then I say, "Not me."
25  Q. So he told you that the missionaries from

**74**

1  his ward in the San Francisco area came back from
2  their missions with psychological problems? Is that
3  what he told you?
4  A. Yes.
5  Q. And I take it he was concerned that he
6  would experience the same psychological problems that
7  these other missionaries had?
8  A. Well, I don't know if you can read that
9  into it but...
10  Q. But it sounds from your discussion on this
11  date, March 8, 1968, that Elder White was really a
12  problem, dissatisfied with the mission, and unhappy;
13  is that correct?
14  A. Yes.
15  Q. And also, you indicate here that he
16  doesn't know if the Church is true or even if there
17  is a God, correct?
18  A. Yes.
19  Q. Wouldn't that be an important
20  qualification, for a missionary to believe that the
21  Church is true and that there is a God?
22  A. Amen. Yes, it would. But at that age,
23  you are still -- we are all struggling. It's not
24  uncommon for missionaries to come back and say, "The
25  biggest convert was me." And I think -- I don't

**75**

1  think that's terribly uncommon. But that's pretty
2  extreme, you're right. If he doesn't know there's a
3  God, you know, and he is out there trying to preach,
4  it's kind of hypocritical, you're right. But on the
5  other hand, it isn't uncommon.
6  Q. I believe we had testimony yesterday that,
7  and forgive me, I forgot the term again, but where
8  the missionaries are supposed to, when they are
9  proselytizing, to give testimony?
10  A. You're right.
11  Q. What's the term?
12  A. Testimony. You're right. Bear your
13  testimony.
14  Q. They are supposed to bear their testimony.
15  So when he would bear his testimony, it would be
16  false at that point, wouldn't it?
17  A. Yes.
18  Q. Was that a concern for you at that time?
19  A. No. Because I had trouble with that,
20  too.
21  Q. Let me ask this: Knowing at this point
22  that Elder White was unhappy, was having a problem
23  psychologically, was questioning his belief in the
24  LDS Church and in God, and at the same time was also
25  accused of marijuana, growing marijuana before

**76**

1  entering the mission and also raping a minor girl
2  before entering the mission, would you have concluded
3  at that point that he was unfit to continue in his
4  missionary duties?
5  MR. McMAHON: I'm going to object to the
6  form of the question from the standpoint that many of
7  the things that you have included are statements of
8  fact which you have inaccurately stated.
9  Q. You can answer the question.
10  A. How come he objects and you say I can
11  answer? Does that mean --
12  MR. McMAHON: It's a deposition, Jay. And
13  we don't --
14  THE WITNESS: You are saying --
15  MR. McMAHON: I'll answer your question
16  for you, if you give me a chance. It's a deposition.
17  There's not a judge here to rule. A judge will rule
18  later on. So now you can answer it however you can,
19  if you can. Whatever.
20  THE WITNESS: Okay.
21  It would seem that way. However, I felt I
22  could really, really -- I had some of the same
23  troubles he did as far as the truthfulness of the
24  gospel. And I had trouble in Mormon culture. It's
25  common to bear your testimony with a firm conviction

CitiCourt, LLC
801.532.3441