**UNITED STATES DISTRICT COURT**
DISTRICT OF SOUTH DAKOTA
400 South Phillips Avenue
Sioux Falls, South Dakota 57104-6851

**JOHN E. SIMKO**
**Magistrate Judge**

Telephone: 605-330-6650
Facsimile: 605-330-6651
E-Mail: John_Simko@sdd.uscourts.gov

July 28, 2008

**FILED**
AUG 05 2008
CLERK

Chief Justice David Gilbertson
South Dakota Supreme Court
500 East Capitol Avenue
Pierre, SD 57501

    RE:    Ferris Joseph v. Corporation of the President Church of Jesus Christ of Latter-Day Saints, et al, CIV. 06-4143 (#24806)

Dear Chief Justice Gilbertson:

    No party moved to reopen the action by the July 21 deadline. Accordingly the judgment entered on June 16, 2008, dismissing the case with prejudice is considered final.

    Very truly yours,

    John E. Simko
    United States Magistrate Judge

JES:clg

STATE OF SOUTH DAKOTA
In the Supreme Court
I, Shirley A. Jameson-Fergel, Clerk of the Supreme Court of South Dakota, hereby certify that the within instrument is a true and correct copy of the original thereof as the same appears on record in my office. In witness whereof, I have hereunto set my hand and affixed the seal of said court at Pierre, S.D. this 4th day of August, 2008.

_____
Clerk of Supreme Court
_____
Deputy

IN THE SUPREME COURT
OF THE
STATE OF SOUTH DAKOTA

* * * *

SUPREME COURT
STATE OF SOUTH DAKOTA
FILED
AUG - 4 2008
_____
Clerk

FERRIS JOSEPH,
    Plaintiff,

vs.

CORPORATION OF THE PRESIDENT CHURCH
OF JESUS CHRIST OF LATTER-DAY SAINTS,
a Utah corporation sole; and
CORPORATION OF THE PRESIDING BISHOP
OF THE CHURCH OF LATTER-DAY SAINTS,
a Utah corporation sole,
    Defendants.

ORDER DISMISSING
CERTIFIED QUESTION

#24806

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    The Court by order of February 15, 2008, accepted certification of a question from The United States District Court, District of South Dakota, Southern Division, in the above entitled matter, and the Court having now been advised by the Honorable John E. Simko that the parties have resolved their dispute and a judgment dismissing with prejudice and without costs had been entered on June 16, 2008, in The United States District Court, District of South Dakota, Southern Division, and this Court having determined the question is now moot, it is

    ORDERED that the certified question be and it is hereby dismissed.

    DATED at Pierre, South Dakota this 4th of August, 2008.

BY THE COURT:

_____
David Gilbertson, Chief Justice

ATTEST:
_____
Clerk of the Supreme Court
(SEAL)